AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Mass

USA

vs.

Huna F. Al Jader

**APPEARANCE**

Case Number: 05 CR 10085 RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  initial appearance and bail.

I certify that I am admitted to practice in this court.

3/30/05
Date

Signature: /s/ James Michael Merberg

Print Name: James Michael Merberg         Bar Number

Address: 66 Long Wharf

City: Boston     State: Mass     Zip Code: 02110

Phone Number: (617) 723-1970     Fax Number: 720-5760

FILED
In Open Court
USDC, Mass.
Date 3/30/05
By S.S.
Deputy Clerk