UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                          CRIMINAL NO. 05-10085-RCL

HANA F. AL JADER

_____

**PROPOSED**
REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On _____, parties appeared before this Court for an Initial Status Conference.  With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys       **None**

2. Features of case that deserve special attention or modification of the standard schedule **None**

3. Anticipated supplemental discovery          **None - Except 21 day materials**

4. Discovery concerning expert witnesses pursuant to  Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

    **Parties agree to give notice no less than 60 days before trial of any proposed expert testimony**

5. Applicable periods of excludable delay under Speedy Trial Act

    **From 3/30/05  through April 27, 2005, the date on which Automatic Discovery was provided to the defendant, a total of 28 days, pursuant to LR 112.2(A)(2).  From May 10, 2005, the date on which defendant filed Motion to Modify Conditions of Release until a ruling on that motion.**

6. Trial   is anticipated.  Estimated duration of trial     **One week**

7. Other matters     **Defendant has filed a Motion to Modify Conditions of Release and requests a hearing at the Interim Status conference.   The government opposes the motion.**

    **The parties also request the scheduling of another interim status conference on June 14, 2005.**

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c)  has  /  has not  been established.  The motion date is set for
_____.

An Interim Status Conference  has  /  has not  been scheduled.  The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

                                        By the Court,

Date_____                              _____
                                                                                Deputy Clerk