UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

HANA F. AL JADER
    Defendant

CRIMINAL CASE
NO. 05-10085 RCL

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On June 9, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no supplemental discovery anticipated (save 21 day materials);

4. Discovery concerning any expert witnesses, including firearms and interstate nexus reports, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than sixty (60) days before trial and the defendant will provide expert discovery no later than sixty (60) days before trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: March 30, 2005, through April 27, 2005 (28 days) and May 10, 2005, through June 30, 2005 (52 days), for a total of eighty (80) days as of June 9, 2005. The Court directs the parties to file a written joint motion for the applicable periods of excludable delay. The time period of April 27, 2005, through May 10, 2005 (13 days), has not yet been excluded. The parties have stated that the total amount of time to proceed to trial is fifty-seven (57) days as of June 30, 2005;

6. Trial is necessary. The estimated duration of said trial would be one (1) week;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. A **Final Status Conference** is scheduled at **2:30 p.m.** on **July 13, 2005,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                  HONORABLE JOYCE LONDON ALEXANDER
                                  U.S. MAGISTRATE JUDGE

                                  By the Court:

<u>June 30, 2005</u>                         <u>/S/ Rex Brown             </u>
Date                                   Courtroom Clerk
                                        (617) 748-9238