UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA                    CRIMINAL NO. 05-10085-RCL

v.

HANA F. AL JADER
_____

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

      On _____, parties appeared before this Court for a Final Status Conference.  With regard to the following issues, the parties have represented that:

1.  There are not features of case that deserve special attention or modification of the standard schedule.

2.  Discovery is not complete and there are no pending motions.  If there are pending motions, then the pending motions include

> **Defendant has sent a discovery letter to the government on July 7, 2005.  The government has responded on July 11, 2005.  Defendant anticipates filing discovery motions based on the response of the government.**

3.  Supplemental discovery anticipated   **None**

4.  (a)  Total amount of time ordered excluded under the Speedy Trial Act        **93 Days**

   (b)  Amount of time remaining under the Speedy Trial Act before trial must commence        **57 days**

   (c)  Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act

> **Motion for Bill of Particulars;  Motion to Interview Alleged Victims;  Motion to Suppress**

5.  (a)  The defendant does not  intend to raise a defense of insanity.

   (b)  The defendant does not  intend to raise a defense of public authority.

6.  The Government has not  requested notice of alibi by the defendant.

7.  (a)  Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

> **Motion to suppress**

  (b) Briefing schedule established   **Needs to be set**


8.  Need for schedule concerning any matter in the case other than trial

    **Further status hearing on anticipated discovery motions**

9.  Possibility of early resolution of case without trial   **Not likely**

10. Trial is necessary. Estimated duration of trial   **2 weeks**

11. Other matters

    **Defendant considering filing Motion for Review of Denial of Motion for Reconsideration of Bail Conditions**

    IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

                                  By the Court,

Date_____            _____
                                                 Deputy Clerk