IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-10085-RCL |
| **HANA F. AL JADER** | : | |

### JOINT MOTION FOR AN ORDER OF EXCLUDABLE TIME

The United States and the defendant hereby move for an Order of Excludable time, pursuant to 18 U.S.C. § 3161(h)(1)(A) and(8)(A), and LR 112.2, for the following periods of time: from March 30, 2005 though April 27, 2005 (28 days), May 10, 2005 through June 30, 2005 (52 days), and from June 30, 2005 through the date of the Final Status Conference, set for July 13, 2005 (13 days).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney

HANA F. AL JADER
Defendant

By:  /s/ S. Theodore Merritt        for
JAMES M. MERBERG, ESQ.
Attorney for Defendant