UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05CR10085-RCL |
| | ) | |
| HANA F. AL JADER | ) | |

**ENTRY OF APPEARANCE OF COUNSEL**

    Kindly enter the appearance of Laura P. Malouf for the defendant, Hana F. Al Jader, in the above-captioned matter.

Dated: August 5, 2005

Respectfully submitted,
Hana F. Al Jader,
By her attorney,

/s/ Laura P. Malouf
Laura P. Malouf, BBO No. 637069
Denner · O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800