UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05CR10085-RCL |
| ) | |
| HANA F. AL JADER ) | |

**ENTRY OF APPEARANCE OF COUNSEL**

  Kindly enter the appearance of R. Bradford Bailey for the defendant, Hana F. Al Jader, in the above-captioned matter.

Dated: August 5, 2005

                  Respectfully submitted,
                  Hana F. Al Jader
                  By her attorney,

                  R. Bradford Bailey, BBO No. 549743
                  Denner · O'Malley, LLP
                  Four Longfellow Place, 35th Floor
                  Boston, MA 02114
                  617-227-2800