UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-10085-RCL |
| | ) | |
| HANA F. AL JADER | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Gary G. Pelletier as an attorney of record for the defendant, Hana F. Al Jader.

Dated: August 10, 2005

Respectfully submitted,

HANA F. AL JADER,
By her attorneys,

/s/ Gary G. Pelletier
_____
Jeffrey A. Denner, BBO#120520
Brad Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800