IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. 05-10085-RCL |
| v. | ) | |
| | ) | |
| HANA F. AL JADER | ) | |

## MOTION TO WITHDRAW

NOW COMES, James Michael Merberg and respectfully moves this Honorable Court for an order permitting him withdraw as counsel for the Defendant Hana F. Al Jader in the above captioned matter.

As a basis for the instant motion counsel represents that the Defendant has retained the services of other counsel who have filed their appearance on her behalf.

WHEREFORE, James Michael Merberg respectfully moves this Honorable Court for an order permitting him to withdraw as counsel for the Defendant.

Respectfully submitted,

_____
James Michael Merberg, Esquire
B.B.O. No. 343020
66 Long Wharf
Boston, Massachusetts 02110
Tel. (617) 723-1990