IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **NO. 05-10085-RCL** |
| **HANA F. AL JADER** | : | |

### JOINT MOTION FOR AN ORDER OF EXCLUDABLE TIME

The United States and the defendant hereby move for an Order of Excludable time, pursuant to 18 U.S.C. § 3161(h)(1)(A) and(8)(A), and LR 112.2, for the following periods of time: from July 13, 2005(interim status conference) through the filing of discovery motions on August 5, 2005, (24 days), through the date for the final status conference, now scheduled for October 31, 2005 (87 days).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /S/ THEODORE MERRIT
S. THEODORE MERRITT
Assistant U.S. Attorney


HANA F. AL JADER
Defendant

By:   /S/ THEODORE MERRIR FOR
R. BRADFORD BAILEY
Attorney for Defendant