UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 05-10085-RCL
)
HANA F. AL JADER )
_____ )

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On _____, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are not features of case that deserve special attention or modification of the standard schedule.

2. If there are pending motions, then the pending motions include: **Motion to Interview Witnesses; Bill of Particulars**

3. Supplemental discovery anticipated **none**

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: **204 days**

    (b) Amount of time remaining under the Speedy Trial Act before trial must commence: **57 days**

    (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act:
    **Motion to Suppress Search; Motion to Suppress Statements; Defendant may wish to file Motion to Dismiss**

5. (a) The defendant does not intend to raise a defense of insanity.
   (b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial: **Motion to suppress_search; Motion to suppress statement. Defendant may wish to file Motion to Dismiss upon receipt of additional grand jury transcripts**

    (b) Briefing schedule established: **Government responses to Motions to Suppress due December 12, 2005 set**

8. Need for schedule concerning any matter in the case other than trial: **Hearing on Motions to Suppress Search and Statements**

9. Possibility of early resolution of case without trial: **Not likely**

10.     Trial is necessary. Estimated duration of trial: **2 weeks**

11.     Other matters

       IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

                                        By the Court,

Date_____                 _____

                                        Deputy Clerk