# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-10085-RCL |
| ) | |
| HANA F. AL JADER ) | |

## MOTION TO SUPPRESS EVIDENCE

Hana F. Al Jader ("the defendant"), by and through undersigned counsel, moves this Honorable Court to enter an order suppressing evidence seized from her homes by government agents in violation of his rights under the Fourth Amendment to the United States Constitution. The defendant avers that government agents lacked probable cause to obtain a warrant to search her Arlington and Winchester houses. The defendant bases this motion upon the accompanying memorandum of law.

WHEREFORE, the defendant asks the court to grant her motion and order the suppression of the items illegally seized from her homes on November 16, 2004.

Dated: November 14, 2005

                                                 Respectfully submitted,
                                                 HANA AL JADER
                                                 By her attorneys,

                                                 /s/ `Brad Bailey`
                                                 _____
                                                 Brad Bailey, BBO #549749
                                                 Gary G. Pelletier, BBO#631732
                                                 DENNER O'MALLEY, LLP
                                                 Four Longfellow Place, 35th Floor
                                                 Boston, MA 02114
                                                 (617) 227-2800