**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Cr. No. 05-10085-RCL** |
| | ) | |
| **HANA F. AL JADER** | ) | |

## MOTION TO SUPPRESS STATEMENTS

Hana F. Al Jader ("the defendant"), by and through undersigned counsel, moves this Honorable Court to enter an order suppressing her custodial statements made to law enforcement officials taken in violation of her rights under the Fifth Amendment to the United States Constitution.  The defendant avers that on November 16, 2004, government agents illegally questioned her without first informing her that she had the right to remain silent and to speak with an attorney.  Absent the government's imparting of the procedural safeguards accorded by the Fifth Amendment, the court must order the suppression of all the statements wrongfully elicited from the defendant as well as any derivative evidence obtained as the fruit of the poisonous tree.  The defendant bases this motion upon the accompanying memorandum of law.

WHERFORE, the defendant asks this court to grant her motion and order the suppression of the statements obtained from her illegally by agents of the government on November 16, 2005.

Dated: November 14, 2005

          Respectfully submitted,
          HANA AL JADER
          By her attorneys,

          /s/ Brad Bailey
          _____
          Brad Bailey, BBO #549749
          Gary G. Pelletier, BBO#631732
          DENNER O'MALLEY, LLP
          Four Longfellow Place, 35th Floor
          Boston, MA 02114
          (617) 227-2800