UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. _05-10085-RCL

UNITED STATES OF AMERICA

v.

HANA F. AL JADER

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On _____, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are not features of case that deserve special attention or modification of the standard schedule.

2. If there are pending motions, then the pending motions include _____ **Motion to Interview Witnesses; Bill of Particulars**
   _____ DENIED 11/14/05 _____

3. Supplemental discovery anticipated **none**

4. (a) Total amount of time ordered excluded under the Speedy Trial Act _____ **204** days

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence **_57** days

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act _____
   **Motion to Suppress Search; Motion to Suppress Statements; Defendant may wish to file Motion to Dismiss**

5. (a) The defendant does not intend to raise a defense of insanity.

1

(b) The defendant does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial _____ Motion to suppress_search; Motion to suppress statement. Defendant may wish to file Motion to Dismiss upon receipt of additional grand jury transcripts

_____To Be FILED  11/14/05_____

(b) Briefing schedule established   Government responses to Motions to Suppress due December 12, 2005 set

8. Need for schedule concerning any matter in the case other than trial _____ Hearing on Motions to Suppress Search and Statements

9. Possibility of early resolution of case without trial   Not likely

10. Trial is necessary. Estimated duration of trial  2 weeks

11. Other matters

2

IT IS HEREBY ORDERED THAT

Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.

By the Court,

Date 11/14/05

*[signature]*
Deputy Clerk