UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | |
| v. | CRIMINAL DOCKET NO. 05CR10085-RCL |
| HANA F. AL JADER | |

**AFFIDAVIT OF REEM AL KHADI
IN SUPPORT OF DEFENDANT HANA AL JADER'S MOTION
FOR ACCESS TO GOVERNMENT WITNESSES**

I, Reem Al Khadi, hereby depose and state the following:

1. I reside at 55 Washington Street, Medford, Massachusetts.

2. I know Hana F. Al Jader, the defendant in the above-captioned matter.

3. I have visited Ms. Al Jader at her home on numerous occasions over the past couple of years.

4. During my visits at Ms. Al Jader's home, I came to know and develop a friendly relationship with two women named Sophia and Ro.

5. I understand that Sophia's full name is Trimurniyati Dzalipa, that Ro's full name is Rohimah Bakri, and that they are the alleged complaining witnesses in the above-captioned matter.

6. In or about October 2004, Sophia visited me at my home and we were alone for a period of time.

7. At no time during the period that Sophia and Ro were living at Ms. Al Jader's home did Sophia or Ro appear to me to be mistreated.

1

8. At no time during the period that Sophia and Ro were living at Ms. Al Jader's home did Sophia or Ro complain to me of mistreatment or complain that they were being held there against their will.

9. The last time I saw Sophia and Ro was at Ms. Al Jader's home on or about November 13, 2004.

10. Sometime during the first week of January 2005, after Sophia and Ro had been taken by government agents from Ms. Al Jader's home, Sophia and Ro contacted me by telephone at my home and we had a conversation.

11. During that telephone conversation, Sophia told me that she loves Mama Hana; that she wants to speak with Mama Hana, but the police won't let her; and that she wants to return to work for Mama Hana, but that whether she will be able to return depends upon what the police will decide.

12. I understand Sophia's use of the term "Mama Hana" to refer affectionately to Ms. Al Jader, the defendant in the above-captioned matter.

13. Also during that phone conversation, Sophia told me that the police are hiding them and that they gave them a home in which to live.

14. I know Ms. Al Jader to be a peaceful and kind person.

Signed under the pains and penalties of perjury this day 13 of November 2005.

_____
Reem Al Khadi

2