(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                               Date:  11/21/2004

To:   Boston

From: Boston
      C-1
      Contact: Christa J. Snyder, 6451

Approved By: Foley John

Drafted By: Snyder Christa J:cjs

Case ID #: 50-BS-93374   (Pending)

Title: HANA AL-JADER, ET AL;
       ISS;
       OO:BS

Synopsis: Provide summary of services and care provided to victims TRI MURNIATI and ROHIMAH.

Details: The following services were provided to victims TRI MURNIATI and ROHIMAH:

Housing: Victims were housed at the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ from 11/16/2004 to 11/21/2004. Due to the victim's circumstances, a special agent from the FBI or ICE was available to the victims for assistance during their stay at the ▇▇▇▇▇▇▇▇. SA Maureen Robinson, SA Christa Snyder and United States Attorney's Office Victim Witness Advocate Kathleen Griffin worked together with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ to provide future housing for the victims beginning 11/22/2004. The cost of future housing ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ is $50.00 per week, per person.

Food: Victims were provided with adequate food to meet their needs.

Telephone: Victims were provided with a telephone call to their families on 11/17/2004 and 11/21/2004. This was arranged through ICE. Beginning 11/24/2004 victims were provided with one cellular phone to provide adequate communication with FBI Boston and the service providers.

Medical Care and Medicine: On 11/18/2004, ROHIMAH was taken to Emergency Room Care at the Cambridge Hospital, Cambridge Health Alliance. She complained of stomach pain, headache and arm pain. The doctor stated the arm pain was from repetitive use of the arm, which

0000003546

50-BS-93374
CJS:cjs

1

The following was provided to victims TRI MURNIATI and ROHIMAH LILI. The victims were found pursuant to a federal search warrant executed at 62 Cambridge Street, Winchester on 11/16/2004. The needs of the victims were accessed and they were provided with shelter, food, and personal items.

The following was provided during the week following the search:

FOOD
```
 19.33     from Peking Duck
  8.38     Planet Soothie
  9.66     Master Wok
  4.40     La Cucina
  4.20     Dunkin Donuts
 35.00     China Seafood Restaurant
 59.05     Penang
```

SHELTER
```
479.28     Hotel - One room for both victims for 6 nights.
                 - A second room for agents for 6 nights totaled 479.28.
```

CLOTHING
```
139.11     Kohls
 53.95     Payless Shoes
```

PHARMACY
```
 19.09     Brooks Pharmacy
125.28     Brooks Pharmacy
```

Other necessities provided during course of investigation:

PER NON-PROFIT ORGANIZATION
```
100.00     $50 per week per person for 5 weeks (for food and personal items)
 40.00     $20 per week per person for tee pass
```

PHARMACY
```
 56.44     CVS Pharmacy
  6.17     Brooks Pharmacy
```

FOOD
```
 50.75     Phonecia
 39.94     Lucky Wah Chinese Restaurant
 38.78     Kinsale
 29.94     Miscellaneous
 16.35     Sebastians Café
 40.00     Asian Garden
```

0000003553