IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-10085-RCL |
| HANA F. AL JADER | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO MOTION TO SUPPRESS**

The United States hereby moves for an enlargement of time, until December 20, 2005, to file its opposition to defendant's motion to suppress search evidence.

As grounds therefor, the government asserts that its response is currently due on December 13, 2005.  The additional time is requested for the parties to explore whether a resolution short of trial is possible in this case.

Counsel for the defendant does not oppose this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney