UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) |
|  | ) |
| HANA F. AL JADER | ) |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Hana F. Al Jader, with regard to the above-captioned matter presently pending before this Court.

/s/ Joseph J. Balliro
Joseph J. Balliro, BBO: 002800
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
Telephone (617) 737-8222