UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR. NO. 05-10085-RCL |
| HANA F. AL JADER | |

## MOTION TO WITHDRAW

**NOW COME** Brad Bailey, Jeffrey Denner, Gary Pelletier, and Laura Malouf and respectfully move this Honorable Court for an order permitting them to withdraw as counsel for the defendant, Hana F. Al Jader, in the above-captioned matter.

As the basis for the instant motion, counsel represent that the defendant has retained the services of other counsel who have file their appearances on her behalf.

**WHEREFORE,** the undersigned counsel respectfully move this Honorable Court for an order permitting them to withdraw as counsel for the defendant, Hana F. Al Jader.

Respectfully submitted:

/s/
_____
Brad Bailey, BBO No. 549749
Jeffrey A. Denner, BBO No. 120520
Gary G. Pelletier, BBO No. 631732
Laura P. Malouf, BBO No. 637049
Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
617-227-2800

Dated: May 3, 2006.