UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 AUG 11  P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>HANA AL JADER        ) | Criminal No. 05-10085-RCL |

**NOTICE OF APPEARANCE**

Please enter my appearance for defendant Hana Al Jader.

HANA AL JADER
By her attorney,

E. Peter Parker
B.B.O. #552720
151 Merrimac Street
Boston, MA 02114
(617) 742-9099

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 11, 2006.

/s/ *E. Peter Parker*
E. Peter Parker