UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Criminal No. 05-10085-RCL |
| ) | |
| HANA F. AL JADER      ) | |

**DEFENDANT'S MOTION FOR
COURT ORDER TO ACCOMPANY SUBPOENAS**

Defendant Hana Al Jader hereby moves for an order to accompany trial subpoenas that instructs recipients to treat subpoenas as court orders and sets out the procedure to follow in the event the recipient chooses not to comply with the subpoena. As grounds for this motion, Ms. Al Jader states that all too often, trial subpoena recipients simply ignore subpoenas, requiring defendants to involve the court in compelling compliance. In the experience of undersigned counsel, appending a court order to trial subpoenas overcomes the reluctance of most recipients without the need to further involve the court. The order Ms. Al Jader seeks does nothing more than inform subpoena recipients of the requirements of applicable rules of criminal procedure. A draft order is attached for the court's convenience.

                    HANA AL JADER
                     By her attorneys,

                    /s/ *Joseph J. Balliro*
                    Joseph J. Balliro, Sr.
                     B.B.O. #002800
                    Balliro & Mondano
                    99 Summer Street, Suite 1800
                    Boston, MA 02110
                    (617) 737-8442

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
151 Merrimac Street
Boston, MA  02114
(617) 742-9099

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2006.

/s/ *E. Peter Parker*
E. Peter Parker

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>HANA AL JADER     ) | Criminal No. 05-10085-RCL |

**COURT ORDER RE: SUBPOENAS**

The Court hereby orders that any subpoena served by a party in this case shall be treated as, and in all respects shall be, an order of this Court.  The documents described in the subpoena are to be produced to the Court at the time and date set forth in the subpoena.  If a Keeper of the Records or other subpoena recipient wishes to file a motion to quash, it may submit the records to the Clerk of Court under seal at the time and date set forth in the subpoena, accompanied by a motion and memorandum describing the legal basis supporting any assertion that the subpoena should be quashed.

A copy of this Order may be attached to any subpoena issued by a party to this case to notify the recipient of such subpoena of this Order.


August __, 2006                           _____
                                          Reginald C. Lindsay
                                          United States District Judge