UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| HANA F. JADER | CR. NO.  05-10085-RCL |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
MEMORANDA IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(B)(4), the United States hereby requests leave of the Court to file trial memorandum in excess of 20 pages.

As grounds therefor, the government asserts that an explanation of the facts, charges in the indictment, and potential evidentiary issues necessitate the additional pages sought by the government to fully address them.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
S. THEODORE MERRITT
Assistant U.S. Attorney

BARBARA KAY BOSSERMAN
Trial Attorney
　　　Criminal Section
　　　Civil Rights Division
　　　U.S. Department of Justice