UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
          v.               )          Criminal No. 05-10085-RCL
                           )
HANA AL JADER              )

## SENTENCING MEMORANDUM

Defendant Hana Al Jader submits this memorandum to assist the court in determining the appropriate sentence.  For the reasons set forth in detail below, the court should sentence Ms. Al Jader to a term of probation with a period of home confinement, and deem the home confinement portion served by virtue of the 20 months Ms. Al Jader has been restricted to her home while on pretrial release.  That sentence is "sufficient, but not greater than necessary" to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2).  It is a sentence that reflects the seriousness of the offenses of conviction, promotes respect for the law, provides just punishment, affords adequate deterrence and protects the public from further criminal conduct by Ms. Al Jader.

A sentence of incarceration or further home confinement would be greater than necessary to accomplish those goals.  Incarceration or further home confinement also would needlessly wreak additional havoc in the lives of Ms. Al Jader's family, which already has been riven and scattered across the globe as a result of this prosecution.  As the dozens of letters attached to this memorandum attest, echoed by the Probation Office's recognition in the final paragraphs of the Presentence Report that a non-guidelines sentence may be appropriate, Ms. Al Jader's continued presence among her family is essential.  She alone provides necessary intensive care for her infirm and

disabled husband. She is the one person in the world capable of providing a stable, nurturing home for her six teenaged children. If she were incarcerated, even for a relatively brief period of time, her family could suffer irreparable harm.

**Argument**

**I.     The Court Is Required To Impose A Sentence Sufficient But Not Greater Than Necessary To Comply With the Purposes Set Forth in 18 U.S.C. § 3553(a)(2)**

After *Booker*, a sentencing court must impose a sentence minimally "sufficient, but not greater than necessary, to comply with the purposes set forth in" 18 U.S.C. § 3553(a)(2). 18 U.S.C. § 3553(a). *See also United States v. Foreman*, 436 F.3d 638, 643-44 & n.1 (6th Cir. 2006) ("a district court's mandate is to impose "a sentence sufficient, but not greater than necessary, to comply with the purposes" of section 3553(a)(2)"); *United States v. Cawthorn*, 419 F.3d 793, 802 (8th Cir. 2005) ("district court's duty" is that it "shall impose a sentence sufficient but not greater than necessary"). The court is required to consider the following sentencing factors:

> **(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> **(2)** the need for the sentence imposed--
>
>> **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>>
>> **(B)** to afford adequate deterrence to criminal conduct;
>>
>> **(C)** to protect the public from further crimes of the defendant; and
>>
>> **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
>
> **(3)** the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the [United States Sentencing G]uidelines--

    …

(5) any pertinent policy statement--

    (A) issued by the Sentencing Commission …

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;  and

(7) the need to provide restitution to any victims of the offense.

18 U.S.C. § 3553(a).

A sentence of probation with home confinement deemed served would be consonant with all of the sentencing factors set forth in § 3553 and would recognize that Ms. Al Jader is a flesh and blood individual who stands before the court at a particular point in her unique life.  Even when the Sentencing Guidelines were mandatory, the First Circuit Court of Appeals emphatically emphasized that this should be the goal of a sentencing judge:

> [T]he guidelines provide uniformity, predictability, and a degree of detachment lacking in our earlier system.  This too must be remembered, however.  It has been uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and punishment to ensue.

*United States v. Olbres*, 99 F.3d 28, 36-37 (1st Cir. 1996) (citation omitted).

II.    **A Sentence Of Probation Is Appropriate For These Offenses Committed By This Defendant**

**A.  Ms. Al Jader's Family Cannot Do Without Her**

In 1991, at the age of 25, Ms. Al Jader gave birth to her sixth child, Talal.  Her five other children were all under the age of three – twin boys Naif and Salman, age three, a girl Adhwa'a, age two, and twin boys Saud and Sattam, age one.  Her and their lives then suddenly changed dramatically forever.  Nine days after Talal's birth, Ms. Al Jader's husband, His Honorable Mohammed Al Saud ("Prince Mohammed"), was seriously injured in an automobile accident in which his father was killed. Prince Mohammed would be hospitalized and in a coma for the next two years.  *See* PSR at ¶¶ 54-61.

Ms. Al Jader remained at her husband's side while he was in a coma.  Due to the risk of infection, she was not permitted to come and go.  She placed her six children in the care of her sister.  Prince Mohammed eventually emerged from the coma but remained hospitalized and had no memory of who he was.  *See* Letters from Ms. Al Jader and Prince Mohammed, attached as Exhibit 1, with letters from each of their children.

At any point, Ms. Al Jader could have opted out – both of caring for her husband and even caring for her children.  Prince Mohammed's family had not approved of the marriage in the first place because Ms. Al Jader was not of royal blood.  *Id.*  Now, with Prince Mohammed incapacitated, his brother wanted to take the children from Ms. Al Jader because he thought that they should be raised by a man and raised as royalty.  *Id*.  Ms. Al Jader knew that keeping her children and providing for them by herself, all the while caring for her disabled husband, would be incredibly difficult.  Yet she chose to follow that path because "[m]y husband deserved my loyalty, and my children needed

4

their mother. … I decided to always put my family's well-being before my own, and I never regretted that decision." Letter from Ms. Al Jader, Ex. 1.

Prince's Mohammed's health eventually improved enough that he was able to leave the hospital and return home with Ms. Al Jader and their children, but not for long. In 1994, Prince Mohammed's breathing became so labored that urgent surgery was necessary. The surgery could not be performed in Saudi Arabia and Prince Mohammed was flown to Boston. Ms. Al Jader accompanied him, again placing her six children in the care of her sister. Prince Mohammed would remain in the hospital in Boston for almost two years, with Ms. Al Jader by his side and her six children half way around the world. *See* Letters from Ms. Al Jader and Prince Mohammed, Ex. 1.

Eventually, Prince Mohammed was released from the hospital but had to remain in Boston to undergo extensive physical therapy. Ms. Al Jader decided to bring her children to this country so that her family could be together. Even with the family intact and the Prince's condition relatively stabilized, Ms. Al Jader, now in her early thirties, still faced daunting challenges. She had to raise her six children by herself in a foreign culture. She could not count on the help of her large extended family as she had been able to do in Saudi Arabia. She could not even count on the help of Prince Mohammed. To the contrary, she had to provide for his every need.

The car accident had left Prince Mohammed severely disabled. To this day he cannot walk or even propel himself in a wheelchair. He cannot bathe or groom himself or perform bodily functions without assistance. He cannot feed himself unmonitored because of the risk of choking. He suffers short-term memory loss, cannot speak and

communicates with his family by pointing to letters on a laminated card. A summary
medical report from the Lahey Clinic is attached as Exhibit 6.

Ms. Al Jader has provided for her husband's every need. According to Saudi
Arabian and Muslim culture, that was the way it should be. It was only recently that
Prince Mohammed began accepting the assistance of certain of his children. *See* PSR at
¶¶ 63-64; letters from Naif Al Saud and Adhwa'a Al Saud, attached as Exhibit 1. The
children are capable only of providing limited assistance. Ms. Al Jader has been her
husband's primary care giver for the last decade. His relatives have shown no
willingness to help in any way.

Prince Mohammed's extensive needs and Ms. Al Jader's irreplaceable role as
caregiver would have been enough under the old mandatory guidelines regime to support
a downward departure under *United States v. Rivera*, 994 F.2d 942 (1st Cir. 1993).
Indeed, the Probation Office has identified "extensive family responsibilities" as a factor
that may warrant a sentence outside of the advisory guidelines. *See* PSR at ¶ 123-127.
Those responsibilities clearly make the sentence of incarceration sought by the
government inappropriate. *See Id*. at ¶ 126 ("the court may determine that if the
defendant was incarcerated, the resulting loss of care for the defendant's husband
substantially exceeds the harm ordinarily incident to incarceration for a similarly situated
defendant").

As much as Ms. Al Jader's husband needs her, her children need her more. They
have led tumultuous lives. Their years together with their mother and father in this
country have been the only stable period in their lives. During that time, they have come
to rely on their mother for everything. Naif writes that he had never appreciated

everything his mother did for the children until recently, and that she has taught him, by example, that "with determination and perseverance, one can do anything."  Letter from Naif, Ex. 1.  He does not exaggerate when he concludes that "[m]y mother is what keeps this going, and without her I do not know what we would do."  *Id*.

Adhwa'a writes that unlike almost all of the parents in her family back in Saudi Arabia, her mother has taken a very active role in her children's lives.  She did not leave everything to a fleet of servants even thought she had the means to do so.  Instead, she raised the children "in the most humble and logical way."  Letter from Adhwa'a, Ex. 1.  Talal, the youngest of Ms. Al Jader's children, leaves no doubt that his mother is indispensable: "I grow up to see my mom is everything in my life.  For me she is the dad, the mom, the friend for me, for my father and the rest of my siblings."  Letter from Talal, Ex. 1.

This prosecution has pushed the family to the edge of disintegration.  None of the children have been able to continue with their studies.  Four of the children have returned to Saudi Arabia to live with one of Ms. Al Jader's sisters, Mona.  Mona has suffered from neuro-psychiatric diseases from her early childhood.  From time to time, Mona would be too ill to care for her own five children.  She counted on Ms. Al Jader, who took care of Mona's five children as well as the six children of her own.  *See* Letter from Mona, attached as Exhibit 2, with letters from other members of Ms. Al Jader's extended family.  Now, Mona was able to return the favor by caring for the four children Ms. Al Jader sent to Saudi Arabia.

Mona soon became severely depressed and required hospitalization in Germany.[1] She attributed the downturn in her condition to being unable to help her sister care for her family over the years: "[I] blame myself for being unable to assist her while she has always been beside me.  Because of my inability to give her a hand in this dilemma[,] I surrendered to despair and depression to find myself in a hospital."  *Id.*

After Mona was hospitalized, Ms. Al Jader's children then resided with another one of their aunts, but she was forced to move to London temporarily because one of her children fell ill.  *See* PSR at ¶ 65.  Ms. Al Jader's children presently are separated in Saudi Arabia, usually in separate states, and are not faring well.  Talal in particular is taking his separation from the rest of his family very hard.  He bounces from one family member's house to another, barely sees his brothers and firmly believes that only his mother can provide what he needs: "[e]veryone's caught up in their own problems and no one can get his life back on track except our mom."  *See* Letter from Adhwa'a, Ex. 1. Ms. Al Jader's oldest son Salman, charged with looking after his three younger brothers in Saudi Arabia paints a dark picture:  "[m]y brothers and I have been between our aunt's houses, from time to time residing at a cousin's house.  I tried to move around as much as possible as not to burden those who show their kindness and generosity, which was much to my brothers' discomfort."  Letter from Salman, attached as Exhibit 1.

While any sentence of incarceration would have serious repercussions for every member of the family, it would be particularly hard on Adhwa'a.  She would return

---

[1]     A medical record from University of Hamburg Medical Center is submitted herewith under seal.  It states that Mona was hospitalized from June 8, 2006 through October 19, 2006 and diagnosed with a number of serious pulmonary ailments that required surgery, as well as serious psychiatric and neurological conditions that require long-term treatment.

without her mother to Saudi Arabia where she would be required by law to reside in the household of her uncle (her father's brother), a complete stranger, until she married. *See* Letter from Adhwa'a, Ex. 1. If Adhwa'a were forced to return to Saudi Arabia without her mother, her presence in her uncle's household would be even more uncomfortable because women who bring dishonor to their families – like Ms. Al Jader as a result of her conviction and possible incarceration – are treated harshly in Muslim and Saudi Arabian culture. As Ms. Al Jader's daughter, Adhwa'a would derivatively share the blame for her mother's dishonorable conduct.

With unfailing courage, determination, perseverance and energy, Ms. Al Jader has been the single source of strength and cohesion upon which her family depends. Prince Mohammed concluded his letter to the court with the following remarkable paragraph:

> For the past 16 years, I haven't been able to help my wife, even when I knew she needed my help. Today, I felt I can help her by writing this letter, so you can know what she's really like, and what kind of mother and wife she is. She is the person that my children and I depend on completely. She is the sole supporter of our family, and without her our family would be lost.

Letter from Prince Mohammed, Ex. 1. The sentence Ms. Al Jader seeks will permit this family to reunite and adjust together to the difficult transition to life in Saudi Arabia.

### B. Ms. Al Jader's Community Needs Her

Given the demands of family, one could understand if Ms. Al Jader had little left to give to others. Nothing could be farther from the truth. As the dozens of letters attached as Exhibits 3 and 4 demonstrate, Ms. Al Jader opened her house to many people from all walks of life, including cab drivers and store clerks, and impressed them one and all with her generosity and kindness. Almost to a person, the letter writers comment that Ms. Al Jader always treated everyone with respect and that they never saw her mistreat

anybody.  Many of the writers are children, more than one of them comment that Ms. Al Jader was like their second mother.

Jerene Veilleux, a nurse, writes that Ms. Al Jader's family "feel[s] like my extended family."  Letter from Veilleux, Ex. 3.  She has spent considerable time with Ms. Al Jader and has seen her as "mother, father, wife, nurse, employer, businesswoman, friend and so much more."  *Id*.  Ms. Veilleux watched Ms. Al Jader struggle to adapt to western culture and commented that "it would have been so much easier to just be a 'Princess' in Saudi Arabia."  *Id*.  Ms. Veilleux, like many of the writers, comments that "[i]n all of the years I have known her, I have never witnesses her be unkind or rude to anyone, even when those people have been unfair, unkind or dishonest with her."  *Id*.

Nine letters stand out and collectively demonstrate that Ms. Al Jader's kind-heartedness, generosity and selflessness know no bounds.  They are attached as Exhibit 5. The first two are from Amal Allouch and her mother, Shafika Fakieh.  As a small child in Lebanon, Amal, now 21, was severely burned as a result of armed conflict that has plagued that country.  At the age of 13, a charity agreed to pay for medical treatment in Boston.  Upon arrival in Boston, Amal learned that she and her mother would have to pay all of their living expenses.  With no money to pay, Amal resigned herself to returning to Lebanon when a shopkeeper mentioned that he knew a woman that might be able to help.

That woman was Ms. Al Jader.  The shop keeper spoke to her and she offered to provide whatever assistance she could.  For the next eight years, Ms. Al Jader paid all costs of travel for Amal and her mother between Lebanon and Boston and put them up free of charge at her home for three to six months at a time while Amal received medical treatment.  Each time they arrived here, Ms. Al Jader would provide them with bags of

clothes and essentials.  On several of their return trips to Lebanon, Ms. Al Jader would

provide them with three or four bags of  things to distribute to other poor people in

Lebanon.  Amal writes that because of Ms. Al Jader:

> It then began to feel like I was getting a second chance at life, like
> things were really going to work out for me this time.  I felt very
> happy to be there at Hana's home, after leaving my entire family
> back home except for my mother, being at Hana's felt like I had
> my family right there with me.  I was so surprised by Hana's
> character toward us seeing how we were from a different country
> not from the same religion and such different lifestyles, that she
> was willing to open her doors to complete strangers.

Letter from Amal, Ex. 5.

The third letter is from Omari Hassan, an 18 year-old friend of one of Ms. Al

Jader's sons.  At the age of 16, Omari's step father hit him so hard in the face with a glass

plate that he required extensive plastic surgery.  He fled his mother's home and stayed at

a homeless shelter.  He read about Ms. Al Jader's arrest in the press and contacted one of

her sons, a friend of his, to express his support.  Hearing of Omari's dire situation, the

son suggested that he move into Ms. Al Jader's home.  Ms. Al Jader again welcomed a

complete stranger into her home "with open arms and an open heart as if I was one of her

own children."  Letter from Omari, Ex. 5.  Ms. Al Jader not only put a roof over Omari's

head:

> She helped me in ways I would've never imagined and for that I
> find myself forever grateful.  She gave until I thought she couldn't
> give anymore, and she continued to give whether it was her love,
> her time, or even material items.  For me to see her in such a
> stressful state and still continue to help people and demonstrate
> kindness I was astonished.  It inspired me to be the better person I
> am today.  …  I graduated from high school this year and I am now
> on my way to college and a better future.  It was by Hana Aljader's

selfless generosity that I am able to stand on my own two feet
today.

*Id.*

The fourth letter is from Tariq Al Sheikh, who worked in Ms. Al Jader's
household in Saudi Arabia before the family came to the United States. Tariq left Ms. Al
Jader's employ, returned to his home in Sudan, was diagnosed with diabetes and had both
legs amputated. He was unable to work to support his family. When Ms. Al Jader heard
about Tariq's circumstances, she wired money to him in Sudan, helped him get a visa to
come to Saudi Arabia, paid his travel expenses and paid for surgery, other medical
expenses and artificial legs. Tariq writes:

> She gave me back hope when I had none left, and it didn't stop
> there; she gave me enough money to start a small business so that I
> may support my family. In my eyes, Hana is the embodiment of
> kindness and generosity. Without her, I don't know where I'd be.

Letter from Tariq, Ex. 5.

The fifth and sixth letters are from Hedaya Bakri Abdullah, who also worked in
Ms. Al Jader's household in Saudi Arabia, and her husband. Ms. Al Jader paid for
Hedaya's heart surgery and hospitalization. To Hadaya's "astonishment," Ms. Al Jader
also bought her a round trip ticket to Egypt and provided her with a large sum of money
and mourning clothes so that she could attend her mother's funeral. Hedaya comments
that Ms. Al Jader "never forgets those who are in need and those who are suffering. She
is always like that. All people's worries are in her loving heart." Letter from Hedaya,
Ex. 5.

The seventh and eight letters are from Hajar Abu-Shagrah, who served as a tutor
for Ms. Al Jader's children, and Hajar's husband Ra'ed. They write that when Ms. Al

Jader became aware that Ra'ed's father was ill and there was not enough money to care for his large family, Ms. Al Jader paid all school fees and tuition for the children, bought the family a car, paid their rent and continued to pay a monthly salary even though Hajar no longer tutored Ms. Al Jader's children. *See* Letters from Hajar and Ra'ed, Ex. 5.

The final letter is from Malika Elhoujjaji. Malika worked as a nanny for Ms. Al Jader here in the United States for a few months in 2002. When Malika wanted to return to her native Morocco to visit family, Ms. Al Jader paid her airfare and provided gifts for Malika's family. When Malika returned, Ms. Al Jader let her stay at her home at no cost even though she no longer continued to work as a nanny:

> Not only that, when I had told her I was thinking about going to nursing school, but told her I could not at the time because I had no money, she supported me and paid all my expenses until I finished my school and got my diploma. While I was in school and living with her, she treated me like part of her family; looking after me and taking care of me, that is what kind of person Hana is.

Letter from Malika, Ex. 5.

## Conclusion

The sentence Ms. Al Jader proposes –probation with a component of home confinement – is within the advisory Guideline Sentencing Range. Ms. Al Jader's unique family circumstances, her indispensable role in her family and the unusual hardships her family would endure if she were to be incarcerated or required to spend additional time in home confinement in the United States are sufficient to warrant a sentence outside of the advisory range.

Ms. Al Jader asks the court to impose such a sentence by deeming the home confinement portion of her sentenced served by crediting all or part of the last 20 months she has spent in her home as a condition of her pretrial release. The court should then

issue a judicial order of deportation and permit Ms. Al Jader to return to Saudi Arabia,

reunite her family, continue to care for her husband guide her children through the

difficult period of adjustment to new culture to which they are not well acquainted.


HANA AL JADER
By her attorneys,

/s/ *Richard M. Egbert*
Richard M. Egbert
BBO: 151800
Law Offices of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222


/s/ *Joseph J. Balliro*
Joseph J. Balliro, Sr.
B.B.O. #002800
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442


/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
151 Merrimac Street
Boston, MA  02114
(617) 742-9099

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 14, 2006.

/s/ *E. Peter Parker*
E. Peter Parker

14

Dear Judge Lindsay,

When first asked to write this letter I was hesitant. I didn't know where to start, what to say, if anything at all. I decided to write this letter as if I was talking to myself, so you can hear what I have to say. I come from a well-off family consisting of six girls, two boys, and a mother and father I'm proud to call my parents.

In the Eastern world where I grew up, they preferred sons over daughters, but my father was different. He loved his daughters just as much, if not more, than his sons. He insisted that we completed our education, even though it was unpopular at the time for girls to go to school.

Almost twenty years ago, when I was a student, Mohammed AlSaud came and asked my hand in marriage. We got married rather quickly, so I never got to wear a white wedding dress at a grand wedding, as many people think, but I was happy. My husband was well-mannered, polite, and educated. I lived the next four years as if it were a dream. I finished my education and had six children in those four years.

My youngest son was only 9 days old when his father was involved in a car accident. It was an accident that would change the course of my life, and it put my husband in a coma. I stayed with my husband in the hospital, each moment thinking that he would wake any second, but the days and weeks passed and he didn't wake. I spent two years in the hospital, and was not allowed to go home and see my children. Since my husband's condition was critical, nobody was allowed in or out, as they were concerned that any virus or infection from the outside could affect his health, so I chose to stay in. Finally, when the moment came and he opened his eyes, we found that he had no memory of who he was or who anybody else was. He went through tough and emotional phases. Even the doctors found it hard to work with him, but he wouldn't accept anyone else's help except mine, and that was what kept me strong.

At this point in time, my husband's family expressed their wish of my leaving my husband and children, so that they can gain custody of them. I knew that keeping them meant I had a hard life ahead of me, but I couldn't do it. My husband deserved my loyalty, and my children needed their mother.

I had a lot of problems at first; custodial issues and financial problems being some of them. My husband was our main supporter, and after the car accident, his salary was cut and I had to find ways to cover the difference. I was only twenty-five years old at the time, but I had the responsibility of caring for six children and a sick husband.

I had to make a happy life for my family from what I had, and was sure I could do it. I decided to always put my family's well being before my own, and I never regretted that decision.

My husband regained his memory three years after the accident, and was well enough to return home. He was still experiencing some medical problems from time to time, which made us come to the United States for advanced medical treatment. At this point, I had not other option but to leave my family behind including my children, my mother, father, and siblings.

After some improvements in my husband's condition, he was transferred to Spaulding Rehabilitation Hospital in Boston, MA. I spent over a year with him while he received his care. It was at this time that I decided to bring my children so I can take care of them and my husband at the same time.

I believe I did everything I could to make my family happy and content. I paid special attention to my children's education, as well as their physical and mental health. I always strived to give them everything they needed or wanted.

I worked from my home, and occasionally traveled to Saudi Arabia to finish some business matters so that I may provide my family with everything they needed. I tried to do everything myself, but it got to the point where I needed additional assistance. On more than one occasion I hired help. Some of them stayed with me for years, while others tricked me to obtain travel permits to the United States and for me to pay for their travel expenses. Within a few weeks and sometimes even days of arriving to the United States these individuals would leave me with no help and it bothered me. However, I understood that they came from third world countries as it was their dream to work in the United States and would do anything to remain here.

I came to love this country and what it represented for me; equality, justice, human rights, and especially the special care provided for the handicapped. Over time I felt like I was home rather than being in a foreign country, and became attached to my adopted home. I used to dream of the day my children graduated from the best colleges. I purchased a new home to better accommodate my large family, and my children started high school. I weathered through the tough times and was coming close to accomplishing the dream that I had for fifteen years. With the fulfillment of that dream I would finally be able to rest after so many years of financial and emotional hardships.

I am not a perfect person and have my mistakes and shortcomings like everyone else. However, I respect the laws, would never try to cross the line between right and wrong and would never hurt anybody. I wouldn't "step over" somebody for my own benefit.

It has been almost two years since I've been under house arrest. If I wasn't the sole provider for my family, it would not be so difficult to abide by the home confinement rules set forth for me. What bothers me most is that my husband has had the same restrictions put on him. As he depends on me, he is also confined to the home and is no longer able to go out to dinner or even have a cup of coffee outside our home. These are things we used to do together often. There have been a few instances where he was

rushed to the hospital while I was under home confinement and I couldn't be with him, something that has never happened before.

My family is now divided, and I am once again away from my children. Four of my children live in Saudi Arabia, and two are here with me. My children call me from Saudi Arabia whenever they get a chance, and many times we get disconnected within minutes of the call. My children are facing a very difficult and emotional time. They are not angels, but they are good kids who need me to help steer them in the right direction. It is especially important for me to be there now, during their vulnerable teenage years. They are in a country with no parents, no family, and no place to call home. I sent them to my sister's house in Saudi Arabia, who is a mother of five, and has agreed to take care of them. Unfortunately, she became ill within months of their arrival, and traveled to Germany for medical care. She returned to Saudi Arabia recently, but is in no condition to take care of anybody. My other sister is in London, where her son is being treated for medical conditions. My children are under a lot of pressure and emotional stress. It has been particularly difficult for them without the parental guidance to help them through this rough time in our lives.

It has been four years since I have seen my elderly father, and I can't imagine what his reaction would be if he found out what has happened with me the past two years. My mother passed away while I was here in the United States caring for my husband and children. The thing I regret most in my life is that I was not able to say goodbye to her. I hope and pray the same doesn't happen with my father, whose health is deteriorating.

Everything that has happened to me in the last two years and is still happening to me disturbs me to an inexplicable extent. I did not write you to give you the impression that I am a weak woman. I am strong woman, who is proud for what I have done for my family. I'm not asking for your mercy, I'm asking for fairness. All that I wish in conclusion is that you consider my request for fairness in your decisions so that I may return to my children as soon as possible, bringing my family together again, and continue in my path as a mother and a wife. I apologize for the wrongs that I have committed.

I thank you for your time and understanding.


Sincerely,


Hana F. AlJader

Dear Honorable Judge Lindsay,

I am Mohammed AlSaud, I am 55 years old, and I live in 62 Cambridge St, Winchester, MA. I graduated from the university of Tampa Florida with two majors in political science and criminology. I worked in the foreign ministry of Saudi Arabia for many years. I met my wife Hana AlJader in 1987, when I asked for her hand in marriage from her father. There were two obstacles in the way of our marriage, the first being a substantial age difference between us and the second was her not being of royal blood. After I got to know her better I realized that despite he young age she was mature beyond her years and though she lacked the title princess she possessed the qualities of a princess; generosity self respect humbleness and responsible. We got married quicker than I thought it would take us. We lived together 4 years and a half before my car accident .during this time we had six children, 2 sets of twins and two single. We lived these years in happiness; I had a loving wife and a wonderful caring mother of six children.

We all know that nothing in life's free and that somehow we have to pay for everything we get. What I never expected was that she would have to pay so dearly for the four and a half years of happiness we had before my car accident.

In November of 1991 I had a car accident. The next three years I spent between a comma and memory loss. After I regained my memory I learned a lot about what happened during these three years.

I learned that my wife had spent the past three years by my side. The first two years she spent in the ICU with me, where she was not allowed to leave after she entered, due to safety precautions. She had to choose between being by my side for an unknown amount of time, or staying with our children, the oldest being three years old, and the youngest being 9 days old. She left the children in the care of her mother. After I woke from my comma, I spent the next year with no memory of who I am. . I also learned that during this time my wife learned to balance taking care of six children, and a husband who didn't know who he was and how she was related to him. I also learned that during this time she faced custody problems from my family, in particular my brother, who thought the children should be raised by a man and he was the closest to the father, and that they should be raised by royalty.

In 1994, after I regained my memory, we returned home, where Hana had everything ready for me. She had set up a home gym where I can do my physical therapy sessions, and had the pool set up for my hydro therapy classes, and she made the whole house accessible to me, as I was now wheelchair bound. I was getting better than before, but I still had a few problems, one being that my esophagus was broken, which gave me breathing problems, and I was passing out several times a day. Because of this complication, my doctor recommended that I travel to the United States.

After this by a short while, I was rushed to the hospital where the doctors couldn't help me, so I was put on a plane to the United States so I can have access to better medical facilities. My wife accompanied me on this trip. I was taken to Mass General Hospital in Boston, Massachusetts. The second day I had an operation, and I spent the next two months in Mass General, and the whole time Hana stayed by my side. After the two months in the hospital they transferred me to Spaulding Rehabilitation Hospital also in Boston. I spent the next year in several rehab programs and Hana would accompany me to every rehab session and she spent the year in the hospital with me. The hospital released me after a year, but I still had to continue rehab sessions, daily from 10 to 5. My wife and I moved to a home in Somerville, MA. Hana had the kids brought over from Saudi Arabia and had them enrolled in school, because we would be spending the next few years in the US. After 1 year, we purchased a house in Arlington, MA because we needed the extra space, considering the size of our family.

Hana's daily schedule was to wake up every morning, make breakfast, get the kids ready for school, take them to school, come back home and take me to the hospital, go back and pick up our children from school, make them lunch, come back to the hospital and take me home, help the kids with their homework, then we would watch television together as a family, Hana would then make us dinner and put the kids to sleep. This was her daily schedule for over four years, and as it's obvious that she needed some extra help, she sometimes hired help, or her friends would help her. She used all her extra time to make the kids happy, whether it was taking them to the park, movies, restaurant, or to karate, piano, and French lessons.

We, Hana and I, used to travel once or twice a year to Saudi Arabia to finish some business that had to be done. More than once she had to cancel our trip and put our business on hold so she can be with the children during final exams. She used to say that time invested in her children was better spent than time doing business.

Even though she had all these responsibilities, she still found time to help me. She helped me by showering me daily, shaving my face, cutting my hair, and cutting my nails, as these are things I can't do by myself. There was a time when I wasn't able to feed myself, so she would feed me, and until this day, she still cuts my food in small pieces as this is something I can't do. She also changes my sheets, puts me in bed, and makes sure I take my medication on time. She checks on me several times every night to make sure I'm comfortable and don't need anything.

I sometimes saw Hana sick or tired, but she still found strength to get up and finish all her responsibilities. I don't think there are many people who could do what she did, or what she is still doing for me and our children. Considering all we were going through, we were a happy family, and our children were doing well in school.

All that changed two years ago, ever since Hana was put under house arrest. She could no longer keep track of the children because she couldn't go anywhere with them. We

thought it would be better if they went to Saudi Arabia so their aunt could keep an eye on them. Only two of our children stayed with us in the US. Hana wasn't able to follow up on their schooling, and they're still young and without proper supervision, stopped studying all together.

Hana could no longer accompany me to my doctor's appointments, something she never missed. For two years, my wife and I couldn't even go to get a cup of coffee together, we longer went to dinner as a family, as Hana was under house arrest, and four of our children were in another country.

It hurts me when I see Hana talking to our children on the phone, and both she and my children start crying because they miss and need each other, or when I see how depressed my children are, or how worried they are about the future of our family. I sincerely believe that if she were to be sentenced no one would benefit, and we, her family, would be harmed.

For the past 16 years, I haven't been able to help my wife, even when I knew she needed my help. Today, I felt I can help her by writing this letter, so you can know what she's really like, and what kind of mother and wife she is. She is the person that my children and I depend on completely. She is the sole supporter of our family, and without her our family would be lost. I hope you take this into consideration.

Sincerely,
Mohammed AlSaud

*I Abdula as Alsaud Signed on beh. half of my father*

I, Adhwa'a AlSaud, wrote this letter which my father, Mohammed AlSaud, dictated to me over several days. Everything written in this letter is what my father asked me to write.

Adhwa'a AlSaud

Dear Judge Lindsay,

My name is Naif AlSaud, I am 18 years old, and live with my father, Mohammed AlSaud, and mother, Hana AlJader.

I'm not sure where to begin, so I'm going to start by telling you what kind of person I think my mother is. She is a kind, generous, and forgiving person, always thinking about others before herself. Her heart and determination are something that I can only hope to have myself one day. I have watched her struggle with running a household while trying to balance taking care of my incapacitated father, raising six children, and providing for everybody. I did not realize as a young child what courage it took to take on this workload. Now, as I get older and think back to all these years she tired endlessly for us, her family, I cannot imagine how hard it must have been for her. My mother has shown me that with determination and perseverance one can accomplish anything.

Even though she all this work to do, my mother's doors were always open, and everyone was welcome in her home. She always treats her gets with the utmost respect, kindness and hospitality, and in return, they love and respect her.

Fifteen years ago, when I was just three years old, my father had a car accident. The accident put him in a comma for two years paralyzed him. During the first few months after the accident, my mother could have left my father in the care of his family, but she could not bear the idea of leaving us, so ever since then she has worked tirelessly to make my father and us, her children, live comfortable lives.

After the car accident, my father stayed in a comma for almost two years, and my mother stayed with him in the hospital. She put me and my siblings in the care of my aunt. After he woke from the comma, he had no memory of who he was and who anybody else was, including his family, and my mother was forced to spent another year in the hospital with him. His memory returned gradually over the course of a year, and he was finally able to go home, and my mother with him.

Just as my mother was settling down and putting her family together, misfortune struck again and my father fell ill. She accompanied him to the United States where he would spend the next two years in a hospital, and she with him. Me and my siblings once again found ourselves in the care of our aunt.

Almost two years later, my mother and father moved out of a hospital and into a home in Somerville, MA. As my father needed to continue his rehab in the United States for many years, my mother sent for me and my siblings so that we can be together.

Me and my siblings started school in the US the same year. My mother would take us to school in the morning, and then accompany my father to his rehab session, where she would spend most of the day. She would then pick us up from school, take us home, and prepare a meal for us. After that she would help us with our homework and prepare

dinner. After dinner she would put us to sleep, and then clean the house. This was her schedule for many years, and I never truly appreciated what she did until now.

My mother always had time for us, even though she had to take care of my father and run the household. She always emphasized on the importance of family and did everything she could to keep her family together. She would take us on family trips all the time; to the beach, carnival, camping, or just for dinner.

Almost two years ago, our lives were turned upside down. My mother was placed under house arrest and became occupied with the case brought against her. Without supervision, my brothers stopped studying and soon quit school altogether. As we were being home schooled, my mother didn't notice. She thought whenever they were on the computer they were studying. My twin brother dropped out of school so he can help my mother with the care of my father. My father needed 24 hour supervision, and since my mother had lawyers meetings and court appearance, she couldn't be around all the time. Also, my father many times needs to be rushed to the hospital, and my mother couldn't leave whenever she wanted.

In the summer of 2005, my twin brother went to Saudi Arabia to finish some work that my mother usually did, and my mother was heartbroken at the thought of being separated from her son, but it had to be done. A few months later she decided to send my three younger brothers to Saudi Arabia so that their aunt can keep a closer eye on them. My sister and I stayed here to be next to my mother and help with the care of my father. My family is now split between two countries.

My aunt, who was taking care of my brothers, fell ill and was transferred to a hospital in Germany to receive treatment. Now my brothers have nobody to care for them and no place to call home. Now, on top of everything, my mother has to worry about her sick sister. Also, my grandmother passed away before my mother had a chance to see her one final time, and it has been tormenting her that she wasn't there for her, if the same happens with my grandfather, I'm not sure my mother would handle it.

It has been two years since this all began, and my whole family's life has been put on hold. My brothers aren't attending school, there's nobody there to tell them to. My sister and I also stopped our education, to help my mother emotionally and with the care of my father.

If my mother is sentenced to jail, it would not only be her life ruined, but that of her family as well. We, her children, would find nobody to care for us. My father would not find anybody to care for him, and my grandfather will wonder if he will ever see his daughter. I hope you find it in your heart to consider this when you make your decision. My mother is what keeps this going, and without her I don't know what we would do.

Sincerely,
Naif AlSaud

Dear Honorable Judge Lindsay,

I am Adhwa'a Alsaud, Hana Aljader's daughter . I'm 17 years old. I live at 62 Cambridge Street in Winchester Ma . I was born in Riyadh, Saudi Arabia. My brothers and I came to the United States in 1995. My mom and dad came here a while before us. They left Saudi Arabia on an emergency medical flight because my dad needed particular medical attention that wasn't available there at the time. Shortly after they left, my brothers and I began to face custody problems with my uncle (my father's brother). My aunt (my mom's sister) then reunited us with our parents.

When we got here my mom enrolled us in public school, we lived in a two family house. We lived much more humbly than we could've afforded. My mother taught us to be appreciative of everything and every one since I can remember. About a year later we moved into our Arlington home. We were raised in that house and in that community. The United States became home to us.

we are your average family except for the part where we do carry royal labels before our names and in the most honest humble logical way, we could afford to employ nannies ,servants ,drivers, teachers ,cooks, therapists, nurses etc. However we didn't always have help available. Most of the time my mother drove us to school and back, she cooked and cleaned, she did all the disciplining. She made sure we got our homework done, made sure we ate healthy. Took our vitamins, and not go to school on an empty stomach, personally, just like any other mom.

She unlike most all other parents in our family back in Saudi Arabia didn't leave everything to the nanny or the help. She didn't spoil us or herself much but we never needed anything. she did the best in giving us a normal comfortable childhood. We all did do chores like make our beds, clean our rooms and clear our own messes at the table. I got grounded on several occasions for not picking up my own dishes, where as practically all parents in our family don't allow their kids to do chores.

My mother is the only one my dad accepts any help from. Only lately (over the past two years) did he start accepting help from me his own daughter. Since his

car accident he's had trouble trusting anyone other than my mom, including certain nurses, physical therapists and believe it or not doctors at times. My mom stays by him when he's sick and makes sure he takes his medication and shaves and showers him daily. Excuse my mentioning this but he depends on her with everything she even does his nails for him. She's not exactly your typical lucky "princess".

My mom always taught us (me and my brothers) to show respect, stressing to our elders including employees, a lot actually. She grounded me on several occasions for so much as asking any one of the girls she had hired, to clean my room when "I could do it my self", or when I would ask for something to drink she would give me "you're able to get what you want for your self right? So do it and stop being lazy!" just so you know your honor that was when I was much younger.

My mother is a hard working woman. She was 21 when my father had his accident .She had the choice to leave him and all 6 of us but she didn't because obviously, she loved us but more importantly she knew my dads family won't care for him or us like she would. His family were never fond of my mom because she wasn't "royal" and they never really favored my dad or were close to him. My dad's only family that was his everything was his dad, god rest his soul; he died in the car accident. My mom could've left us knowing that financially we would be comfortable but we wouldn't be close to each other  or raised normally and my father wouldn't be cared for properly or happy with his family(not us, his brother and mom they were never close). My mom was young and had the opportunity to do what was expected and accepted socially but she devoted her  life to raising us , taking care of our father and protecting  his position as father of the household and preserving his hard earned and deserved respect.

Before this case started my mom was a happy content woman(aside from her mothers death, which by the way affected her and still does greatly ,because she never got to see her).Since this case began my mother struggles and still find the energy to continue to do everything as normally as possible. Before she could drive us, her kids around and make sure we're in safe places and not getting into

trouble. Since she was put on house arrest we all agreed that it would be safer for my younger brothers to go back to Saudi with one of my older ones. Salman my older brother had just turned seventeen when he left in the beginning of summer 2005. About 7 months later my little brothers left. Figuring they would be ok for a little while until the case was over. To every ones surprise it's still not over after 2 years now. My brothers are all separated in Saudi Arabia, most of the time in different states. When they're in the same state they barely spend time together. Just like any teenage kids they get into trouble every now and then; a car accident and surgery there and an argument here, loneliness. I mean they're without parental guidance and someone to give them direction. When I get a chance to talk to any one of them, which seems to be almost impossible now, none of them are doing well, be it they're emotionally disturbed or lost or don't know where to begin their lives or injured and alone in the hospital. As for us (the other half of the family) here in the states we don't find out until days after. I'm they're sister and I'm breaking down and crying inside(and out), I cant imagine how my mothers doing ,aside from her being on lockdown and the shock of this whole experience to begin with.

My youngest brother was practically in tears (he doesn't like it when he cries) telling me he just wants us with him that he needs my mom and dad that they're the only ones that can give him the care he needs. He barely sees our brothers, he's been away from half the family for almost a year, his best friend just died, having financial problems ,living from one aunts house to another .He said to me "Everyone's caught up in t heir own problems and no one can get his life back on track except for our mom". He's going to turn 15 in a couple of days. All 6 of us (my siblings and I) have missed school since the beginning of this case, it's too stressful to concentrate and do well with everything that's going on and I can't mention everything or this letters never going to end. I speak for all of us when I say this case is a burden too heavy on our family and its weight is not just. The effects are unbearable. The continuous stress and anxiety will only get worse the longer our family is apart.

If my mother gets sent to jail, god forbid, (aside from me not knowing what'll happen to me mentally, no joke) being with my family will be practically impossible for me in particular. My uncle (my dad's brother) gets sole custody of us. By law my older brothers are 18 they're of age; my younger brothers are also free to do as they please when they're 18(and now but not by law). My dad needs special care and attention and I don't know what'll happen with him. I on the other hand by law am under my uncles (a complete stranger who was never fond of my mom and not close to my dad) custody until I'm married.  Your honor god knows how much our family has suffered and no letter could possibly describe the reality and pain of it all.

This letter is supposed to be a character letter of my mother, but our family is suffering with her. I did my best with what I'm allowed to mention. Your honor my mom's a good woman that doesn't deserve this harm .She doesn't deserve to be deprived of her family and deprived of carrying on normally with her life. I know my letter isn't going to be taken as seriously as others because she's my mother but I am prepared to beg you your honor to please take it into serious consideration because god knows it's all true and not just for your sympathy as much as I do wish it was just for that. With all that being said, I wish you would find it in your scale of fairness to let my mother go on time served for spending over two years in house arrest. Thank you your honor for your time in reading my letter.

Sincerely,

Adhwa'a Al-saud

From / AL Saud - Talal Mohammad.

Age / 15 years          Gender / Male

Profession / A student ( Intermediate stage)

Rhoda Quarters, Riyadh city

Kingdom of Saudi Arabia.

To: The respected judge / lindsay

Greetings.

I don't know what can a person in such circumstances say when he feels that everything is taken from him.

Oh Dear judge,

I was born on the same day of the accident my dad was involved in resulting in his full disability and dysarthria. I was raised to see my dad needing me, mom's care exactly like me. I know nothing about him except what have witnessed with my own eyes and what mom tells me about him of events and stories I am proud of, I grow up to see my mom is everything in my life. For me she is the dad, the mom, the friend for me, for my father and the rest of my siblings. as she used to care for us and contain our problems.

Dear Judge,

since ~~not treat~~ the start of this suitcase, I am not able to imagine life without my mom and sustained a depression status prevented me from continuing my study, for the second year. I do not know how things shall be if my mom is sentenced guilty. I do not feel ashamed when I say that I love my mom, and need her care, affection and protection. I am still too young to rely on myself. My problem is that my father's relatives are not in good terms with my dad since a long time. Moreover, my relatives from the maternal side have special circumstances prevent me from seeking their support although I actually need the presence of our mom (me, my brothers and dad as well are in bad need of her, especially dad who is refusing any help or assistance in his daily life ~~atom~~ activities except from her, and we experience hard times in ~~so~~ caring for him ~~except~~. Now, how his situation shall be without here. When I think of such matters I get mad. Recently I knew that her fate is ~~between~~ depends on

I have started to be a little bit optimistic and I have great hope in your justice and wisdom. A man like you believing in justice is always a merciful person and he shall resort to his heart and shall not accept to deprive young children like us from their mom whom they are in bad need for her, and no body for them after God except her. In the name of God, please don't deprive us from her because we are not guilty, and if you sentence her as guilty, you shall be penalizing us.

Dear Sir
We do have hope in God and then in you to restart our life which has been suspended. We look forward to become successful individuals in our community. This shall be some of God's grace and yours as well. We shall never forget what you shall do for us. I hope that these lines may touch your heart

Thanks for listening to me

I remain
Yours respectfully,
Al Saud - Talal.

To: The Honorable Judge Lindsay

From: Salman bin Mohammed Al Saud
      Rhoda quarters, Riyadh
      Kingdom of Saudi Arabia

I have written this letter to illustrate the importance of Ms. Hana Al Jader being with her family. Hana has been the sole provider for her five sons and one daughter, ever since her husbands' unfortunate automobile accident in 1991. The family would be gone astray with out this woman; the past year has proved this. I know because I have lived the tragic turn of events, being one of her eldest sons.

My name is Salman; I am an eighteen-year-old high school student. I lived in the United States the majority of my life. I moved back to Saudi Arabia in June 2006 to provide for my family, in the unfortunate circumstances we are coping with.

For as long as I can remember my family was extremely close, but as they say nothing is forever. Since January, when my brothers came to Saudi Arabia, I have been struggling to keep us together. My mother always provided not a house but a home; I could not even provide the house. My brothers and I have been between our aunt's houses, from time to time residing at a cousin's house. I tried to move around as much as possible as not to burden those who show their kindness and generosity, which was much to my brothers' discomfort. Shortly after my brothers resided each in one of my aunt's houses, I despised myself for not being able to provide what my mother has. I realized it is not as simple as she makes it seem, only because she achieves it so well.

I constantly reminisce about the days when these were not problems for my family, the days I felt we were truly a family. I look forward to the day we reunite, and everything returns to normal.

Signed
Salman bin Mohammed Al Saud

To The Honorable Judge Lindsay

From Saud bin Mohammed Al Saud
Olaya quarter, Riyadh
Saudi Arabia

My name is Saud Al Saud and I am 16 years old. I am in high school, or I was. I used to be home schooled my mother used to help me and tutor me and help me understand my lessons for the day. She had a hard time keeping up with my siblings and I considering there is six of us, so she hired a tutor and continued on helping us. She was also responsible for my fathers well being, she has taken him to hospitals and rehab centers. She has hired doctors and nurses to stay with him when he refused to go to the hospital, and a physical therapist to try to get some strength back into his legs. She took us on vacations during the summer. I remember a few years ago, when we went to Disney World on April vacation because my father told my mother he wanted to go back to Florida. Mom always wanted everyone to be happy, we always had people over everyone loved her. She is always smiling, I haven't seen her in 11 months and I miss her and her smile. I miss the family gatherings, the jokes and laughter at the dinner table, not to mention my mothers wonderful cooking. She used to provide all this and more but for the past year it has been hard on her and we really felt like we lost something already. Her depression effected us all things are not the way they used to be. I long for the day when life goes back to the way it was.

With my thanks and hopes,
Saud M. Al Saud

To The Honorable Judge Lindsay
From Sattam bin Mohammed Al Saud
Nasiriya quarter, Riyadh

I would like to introduce myself my name is Sattam Al-Saud. I am the son of Mohammed Al-Saud and Hana Al jader. I would like to talk about the experience I had since this case started. I was disappointed because my mother always treated our housekeepers very well and she would remind us how they are away from their family and friends and do not know anyone here. She treated them as if they were her daughters, and told us we should be like their second family. Many of the housekeepers that worked for her called her mama. I remember when our nanny left in 2000 she worked for my mother even before my eldest brothers were born, my mother couldn't stop crying we all considered her a part of the family. Siva (the nanny) told my mother she would not leave until my eldest brothers got married, but her daughter became ill in Indonesia so she was obligated to leave. My mother was depressed for months. Trying to get in touch with Siva was hard there were no phone numbers just an address and it took weeks to get a reply by mail. My mother also sent some money to her later on because her daughter needed an operation, which Siva could not afford. My point is my mother has always been kind to her employees and everyone to that matter. I thank you for reading my letter and hope you take all of this into thought.

Thanks again,
Sattam M. Al Saud

Date: 5 / 11 / 2006

**From: AlJader, Mona**

  Age: 40 years  Profession: Housewife + 5 children

  Riyadh city, Kingdom of Saudi Arabia

*Respected Sir,*

**The Judge Lindsay**

**Greetings:**

*Sir,*

  I am the eldest sister to Hana's Al Jader, this kind-hearted lady and the wonderful sister whom I can not , notwithstanding my attempts, express with my simple words my gratitude towards her. However, I am fully hopeful that these words shall touch your kind heart. It may seen strange that I say such works, even though I am the eldest sister, but I swear by God Almighty that I feel she is the mother for me, my children, and sisters. She was and is always still the big heart, the thinking mind, wisdom and goodness.

*Sir,*

  Since my early childhood, I have been suffering from several neuro-psychiatric diseases from which I can still under treatment. Therefore, responsibility has exceeded me and stuck to Hana'a since early age, she has been responsible for my father and late mother. Even, when her own family extended, she has never abandoned her role, but she adhered and still to the role which she voluntarily opted to bear. When her husband became disabled following the accident he was involved in 15 years ago and my husband died in the same accident I was 25 and she was 22. However, she has chosen to bear all the responsibility for her family and mine as well consisting of my five kids and her six children. I sustained a psychiatric disease which prevented me from taking care of

my children.  She bravely took over the responsibility besides to the responsibility of our father and late mother and my divorced sister who has four daughters.  You may think that I am exaggerating by this story, but this was really the situation.    Notwithstanding all these bad circumstances we are still a coherent loving family thanks to our father as he raised us in a good family context.

*Sir,*

Hana'a was and still the sister and the true friend.  Since I have been very close to her, I was shocked when I knew the charges against her.  I have become depressed and more sad.  I started to think in a new bathion.  I see that some people get the good they do not deserve while others get the evil they do not deserve.  This is what has happened to my sister.  Is it just to blame myself for being unable to assist her while she has been always beside me.  Because of my inability to give her a hand in this dilemma.  I surrendered to despair and depression to find myself in a hospital where I spent eighteen months in a deep coma and may surgical operations were performed on me because I could not accept the injustice that has inflicted her who is always assisting others with all what she can.  She always forgets the good that she offers but we can not forget that.  We cannot imagine her in such a situation.

*Dear Judge,*

Your mercy is badly needed for a lady believes in USA freedom and justice and this is the reason behind living in your prestigious country.

We  are all fully hopeful and looking forward to your wisdom and humanitarian feeling.

Your understanding shall be highly appreciated.

Respectfully yours,

**Al Jader – Mona**

Date: 31 / 11 / 2006

**From: Al Jader – Hind Flayyih**

    Age: 36 years        Occupation: Housewife

    Address:     King Faisal Avenue, Rhawda Quarters

                 Riyadh city, Kingdom of Saudi Arabia

**To: His Excellency**

**Reverend Judge Lindsay**

*Sir,*

    *Greetings*

    I write my testimony to you pleasing for leniency and mercy for Mrs. Hana'a. She is a very great and kind-hearted lady as per the witnesses of all who know her. The most important evidence of her great personality is her care for her husband since 16 years when she was in her twenties. She had the opportunity to start a new life without him, but she preferred to sacrifice her life for caring for him in addition to her six children who were very young below 6 years of age at that time.

    *Sir,*

    You can imagine the heavy responsibility she shouldered and at the meantime she waived all her rights as a female needing a man to be beside her. All of a sudden, she found herself amidst an angry sea struggling to reach the shove with all her family members. It is worthy nothing that she has also shouldered my responsibility as I was separated and having four daughters. She has been affording us throughout those hard years.

    *Reverend Sir,*

    When I mention such situations, I mainly touching your heart for this sympathetic lady who is always thinking of others just to be merciful for her and her children who returned to Riyadh one year back suffering from instability and are unable to continue their study because they

psychologically can not accept life without their mother while being in such critical age needing control and instruction. Since you are aware of their father's health status, and I and the rest of my family members experience bad circumstance only God in Heaven knows their extent, as our eldest sister was involved in a road traffic accident resulted in bad consequences and she has been bed ridden for more than one year and unable of caring for her kids, while my second sister has two diabetic kids and is very busy with their treatment and follow ups and needing continuous care. Moreover, our father is an eighty year old man. He lives on the hope to see her before he dies. There are many people who are receiving help from her pleasing to Almighty God to return to them at the earliest.

*Sir,*

Kindly, look at us with the eye of mercy and if she is condemned (May God forbid), the sentence shall be considered a sentence on all of us. (i.e. her husband, children, myself and daughters and our sick father). Yet, we are fully confident in your insight and justice

Thanking you.

Yours truly,

**Al Jader – Hind**



Date: 9 / 11 / 2006

**From: Al Enezi – Award Shahd**

    Age: 12 years       Gender: Female

    Occupation: Student

    Annasim Quarters, Riyadh City, Kingdom of Saudi Arabia

**To: His Excellency the judge Lindsay**

*Hi Sir,*

    Can I tell you a story that I shall never forget? Three years back, the physician found a tumor in my head. I was subjected to a surgical procedure and I stayed three months in the hospital. At that time, my mother was newly married because she was divorced. I and my three sisters were living with our aunt Hana'a. Because of my mother's situation, she could not stay beside me. Yet, aunt Hana'a volunteered and stayed with me. I'll never forget the sympathy and kindness she gave to me. She compensated my mother's absence. I consider her my higher example. I need her to come back to me. Please don't deprive me from seeing her. I am fully sure of your kind heart.

    Finally, be kind to me and to my family.

Thank you.

Respectfully yours,

**Al Enezi – A. Shahd**

Date: \ / \| / 2006

**From: Al Enezi – Ahd Awad**

    Age: 12 years          Gender: Female

    Annasim Quarters, Riyadh, Kingdom of Saudi Arabia

*Dear Uncle / The Judge Lindsay,*

*Welcome,*

    I am writing to you asking for mercy for my dear aunt who was and still the merciful and only heart who has been sympathizing on me and my siblings during a worst period of time in my life when dad and mom separated as me lived with her. She overwhelmed us with her kindness and treating us in an equal footing with her six children besides to caring for her sick husband. She is a romantic and sympathetic lady. Everybody enjoys her love and sympathy on behalf of myself and her kids. I suffer from the absence of my husband and I do not like them to suffer the absence of their mother. They are now in a very bad situation and discontinued their study.

*Dear uncle,*

    Help us and be merciful to our aunt because without her, joy has not knocked our door. I am sure of your justice.

    Please!     Please!     Please!     Please

    Bye.

Your daughter

**Al Enezi – Ahd**

Date: 3 / 11 / 2006

**From:  Al Enezi – Abeer Awad**

> Age:  19 years          Gender:  Female
>
> Profession:  University Student, The Arabian University,
>
> Specialty [English Language]

**To:  The Reverend Judge  Lindsay**


*Dear Sir,*

*Greetings:*

May aunt Hana's was and is still the heart that gives and does not wait for a reward.  She has been a good example of sacrifice as she has never abandoned her disabled husband.  I was witnessing her while she is giving him hope in the future.  In the meantime, she has never forgotten her children and others as well.  She hosted me and my brother and sisters when our parents separated and both of them got married.  She was treating us an equal footing with her kids.  I know the heavy responsibility she is bearing, but she never hesitates in providing every possible assistance to us and caring for our affairs.  Before one year or so, I was engaged and I plea to God to be present to attend my wedding ceremony so that our joy shall be complete as she used to stand us during our hard times.  It is just for her to have her with us while experiencing our joy as a type of gratitude for all what she had given us of giving, sacrifice and love.  What is painful in his story is that her children are at loss and discontinued their study as they experience great psychological pressures as they are now without father or mother.  They are in bad need of her.

We look forward to your justice and merciful heart.

Thanking you.

**Al Enezi Abeer**

Date: 4/ 11 / 2006

**From:  Al Shimmari Salman Awad**

>  Age: 25 years          Gender:  Male
>
>  Occupation:  University Student in the final grade

*Dear Judge Lindsay,*

*Greetings*

I am just writing to you to highlight my aunt's morals and nobleness who has taught me tolerance and love and to show to you the ill effects on her children in Riyadh.  Being a young man and close to them as I am one of their cousins, have tried to compensate them for the absence of their father and mother, but as you know it is too difficult to reach an end especially for children who miss both parents and their love. Even though I tried, it was an attempt that I can reward her for her material and spiritual support she has been giving to me over years of my life and to prove to her that the one who implants goodness shall harvest goodness.  She has adapted us till we reached the university.  It is only a little thing from us to care for her kids.

*Dear Judge Lindsay,*

You are a human being, and you know what the word "mother" means to small kids.  Her children are now unable to cope with others in the family without their mother and father who is disabled.  Now, they have discontinued their study.  We are looking forward to your mercy on her and her husband Prince / Mohammad who, one day, considered himself an American citizen.  So that he contributed in arresting one of the largest gangs trading in drugs and narcotics in Florida where he was studying.  He was awarded an appreciation certificate from the USA government.

In reward for the same, and as a mercy for him especially he is a disabled person needing aunt Hana'a's care whom he considers as his hands and tongue.

We are very sure of your justice and deep insight.


Respectfully yours,


**Al Shimmari, Salman**

Date: 6 / 11 / 2006

**From: Al Shimmari, Badr**

 Age:  21 years     Gender:  Male

 Profession:  University Student

 Address:  Al Morouj Avenue, Riyadh, Kingdom of Saudi Arabia

**To:  Reverend the Judge / Lindsay**

*Greetings*

*Sir,*

 I write this letter to your respected office with all hope in your humanitarian sense and sympathy.  This is not strange for a judge living in the country of freedom and justice i.e. Untied States of America about which I heard from my aunt: Mrs. Hana'a all what is good and honorable.

 Dear Sir, when I write this letter, I see my aunt's face showing sympathy on men when I was a little child.  She had the largest portion in raising and caring for me more than my real mother because mom was suffering from neurological diseases prevented her from caring for me and my siblings.  Therefore, my aunt has become the best ideal mother for us.  For more than a year or so, I met a girl whom I have become in love with and I engaged her hoping to get married to her when my aunt comes back (God's willing).  Therefore, I plea to your sympathetic heart not to deprive us from our joy with her presence with us as my happiness and joy shall not be complete unless she attends my wedding ceremony because she is used to provide us with all that makes us happy.  I hope that shall come back to her children because I am so sad for their miserable situation and I see her husband who is fully dependent on her because he is a disabled person.  It is painful for me to experience such feelings.

Therefore, I plea to God than to your wise insight to consider the testimonies of all those who know her who agree that she is a kind and

benevolent personality.  I am fully confident that if we ask all those who know her to write one word about her, volumes of good words shall be written about her.

Sir, we are awaiting your mercy and leniency.

Your good understanding shall be highly appreciated.


Yours truly,


**Badr Al Shimmari**

Date: 5 / 11 / 2006

**From: Al Shimmari – Bandar**

      Age: 21 years      Profession: University student

                              Al Morouj Avenue, Riyadh

                              Kingdom of Saudi Arabia

**To: The Reverend the Judge Lindsay**

*Sir,*

      I am presenting my testimony about Mrs. Hana's Al Juder just a direct your attention to her kindness and high morals. I can say that she is one of the most effective personalities in my life. She has materially and spiritually supported me. She has been always the eldest sister with her tolerant heart and her benevolence. I am married and I have a boy, aged 4 years and I hope that I can raise him following her morals and ideal character. She has given the most wonderful example when she sacrificed her life for her disabled husband while ignoring her own needs. It is not imagination. She has fully denoted her life for him, her family and to others as well. She loves her husband and he one who loves knows that love is giving. This situation indicates her noble morals.

*Dear Sir,*

      That husband and kids are in bad need for her especially in such hard circumstances.

      Please Sir, be merciful to her husband and kids. I am one hundred percent sure that she is innocent from all the charges filed against her. May be there is a sort of misunderstanding.

      We are awaiting to hear from you good news.

Respectfully yours,

**Al Shimmari – Bandar**

Jerene M Veilleux
233 Hampstead Rd
Derry, NH 03038

6/21/67  Aged 39
Occupation Nurse

Dear Judge Lindsay:

It is extremely difficult to stand by and watch helplessly, as close friends experience personal tragedy. I am, therefore, truly grateful for the opportunity to share my feelings on Hanna's behalf.   We have been friends since meeting through a mutual friend in 1994. During this time I have grown to love and respect her and her whole family on many levels.  In fact, they feel like my extended family. I always feel at home and truly loved in her house. My life is better for having Hanna as my friend.

She came to America hoping to get her husband the best available medical care in the world. She also saw this country as the best place to raise and educate their six children. During these past twelve years, she has been mother, father, wife, nurse, employer, businesswoman, friend, and so much more.  She has better learned to speak, read and write English, drive a car, and function in a much different culture than she was used to, when it would have been so much easier to just be a "Princess" in Saudi Arabia.

In all of the years I have known her, I have never witnessed her be unkind or rude to anyone, even when people have been unfair, unkind or dishonest with her.  There have been countless hours I have spent in her house and have witnessed the interaction between her and the maids and even though my Arabic is limited, I understand respectful requests, voice tones and affectionate behavior/ body language between Hanna and her hired help. She is the epitome of class and elegance, and has exhibited a quiet strength and grace, which I admire and hope to achieve in my life.  She possesses a soft, gentle acceptance about her life and the challenges presented to her that is ever present and so beautifully spiritual to behold.

I have learned so much from her, and despite our differences in cultural back round, religion, political and personal views we have the most amazing conversations. She is intelligent, open minded, steadfastly loyal, honest, sweet, curious, naïve, generous to a fault, principled, and has maintained both her sense of humor and optimism, throughout this unfortunate experience. When I lost my mother to cancer in 2001, she was right by my side offering love and support. She even came to her wake, which was very hard for Hanna because she had never been to one, as this is not done in the Muslim religion. Her presence meant so very much to my father and me (my parents were very fond of her also, and had been to dinner several times at her house in Arlington).

She and her family have been through so much since these charges have been filed, and it will not end with her release to her own country.  She and her innocent children still face the scorn and harsh judgment of her own culture and society.  I hope these words regarding her character will be considered in the court's final decision. Again, Thank you for your interest in my input.

Sincerely,

Jerene M Veilleux

Jerene M Veilleux

Joseph Saucier
68 King Street
Boston, Massachusetts.
02122

Your Honorable Judge,
Reginald C. Lindsey
U.S. District, court of Massachusetts.

I have taken the time to personally write you on behalf of, Hana Al Jader.
I met Hana in the fall of 1999, at may place employment. I work for Escada Boutique,
selling fine women's apparel. As she visited us more often, Hana began to introduce me
to her assistants, family and friends.

We had a professional relationship that in time grew into a friendship. As I met more
of her family, assistants and helpers from the Middle East, I would question them about
there homeland and Religion. Hana began to share openly with me what brought her here,
including her husband's misfortune. Hana would fly her family and helpers back and
forth particularly one girl who is a bomb victim that is scared on her face and neck .Hana
pays for the treatment to rid her of her scars.

Then I met her husband who is paralyzed, the only way he communicates is through
an alphabetic sign board. He would point with a smile and tell me how happy he was that
I respected his family. It was very humbling.

Hana was not only gracious and respectful to me she brought gifts for my fellow
co workers for Christmas and other Holidays as to address and respect our culture.
She would often have our fitter and I over her house for alterations, with coffee, cookies
and many thanks.

Out of all the my Middle Eastern customers living here from abroad, Hana was and
is the most humbled, respecting my profession, unlike some.

In the last two years Hana has been under house arrest, witch was and is quite
shocking to me. Before this all happened she said to me her wish is to "die here and be
buried here in the soil of the United States". As a matter of fact the two woman in
question were both present, smiled and said  God willing to Hana's wishes

I can go on and on with great stories about Hana's caricature. I know in my heart
she is victim of circumstance herself, her heart filled only with care and devotion to those
that surrounded her.

Please feel free to contact me with
Any questions or concerns you may have.
Yours truly,
Joseph Saucier
h) 617 265 3343 c)617 905 4354
D O B 05/11/1961

Dear Judge Lindsay,

My name is Nora Elachkar-Maalouf and I was born in 1958 in Beirut, Lebanon. I live on 97 Sharon St in Medford, Massachusetts. I currently work as a general sales manager in Cambridge. It was in Lebanon where I obtained a high school diploma. Shortly after I moved to the United States, I graduated from the Burdett School in business management.

As I sit and reflect on my relationship with Mrs. Hana Aljader, whom I've been friends with for twelve years, I can honestly say that my friend is one of a kind. I am writing to you today, because I would like you to learn a little about who she is and what Hana means to me, friends, families and members of our community.

I first met Hana through a mutual friend at their home in Somerville, MA. The moment I met her, I thought to myself how friendly, outspoken, respectable and thoughtful she is. Hana has such a wonderful sense of humor. In addition, I quickly learned how down to earth she is. She is very kind, charming, polite, well-spoken and caring. It was hard NOT to like her.

Of course, when one writes or talks about a close friend, it is very easy to speak highly of that person and go on about the many positive qualities that person possesses. We all know that nobody is perfect and I'm not really trying to paint a picture perfect image of Hana. I do want to illustrate how loving and caring of a mother and a wife she is. This is a side of her that you may not know she has.

Hana has a situation which is very unique to others. Everyone has their own struggles to face at one point or another, but I would have to say that I am not envious of some of the things she has gone through, and continues to go through. Hana's husband was in a tragic car accident about 15 years ago which left him paralyzed from the waist down. Since then, she has been her husband's caretaker. In addition to attending to her husband's every need, she faced the difficulty of raising six children, practically on her own.

There was a point in my life when I thought I had it bad. I am a divorced woman, who had to raise three children with little to no help from their father. I have always worked so hard to give my kids the best in life. It wasn't until I learned of Hana's struggles when I realized that I didn't have it as bad as I thought I did. I could never imagine going through what she's been going through for the past two years. Her children's education has been disrupted and has had an impact on their emotions due to the incidents that have occurred. It's been difficult to maintain the bond and connection their family once had because of this.

If you know her like I do, you would know that she has a big heart, is trustworthy and dependable. Some people have seen the many positive qualities that Hana possesses and have taken advantage of that. Others envy her because she is wealthy, but are not aware of her every day struggles which is nothing to be envious of. It's easy to assume one has it good because they don't worry about financial problems, but money is not everything.

Hana has been more than just a friend to me. I look at her as a sister. She has been a good listener and tried to help me and others in every way possible. Although Hana is aware that people take advantage of her kindness, she does not hold that against anyone. She believes that everything will be ok as long as we do the right thing.

As a friend, Hanna is a standout. She is a loyal, considerate, overwhelmingly positive and a supportive individual who has the ability to see and understand things from another person's perspective. She is sensitive, kind and is always tuned into how another person might "feel" in a given situation. She likes to have fun just like everyone else. Throughout our friendship, we

have had so many exciting times doing different things on many levels; whether it's attending a community function, having a gathering with friends or watching a movie, she's always great to be around. To tell the truth, I really can't think of anything on the negative side of her personality. All in all, I would have to say that Hana Aljader is a well-balanced person with nothing but positive qualities.

Sincerely,

Nora Elachkar-Maalouf
97 Sharon Street
Medford, MA 02155
(617) 216-7272

Dear Honorable Judge Lindsay,

My name is Mervet Taha. I am 29 years old and currently live on 97 Sharon St. in Medford MA. Hana Aljader is not only a close friend of my mother's but a close friend of mine. I have known Hana for the last eleven years or so. I can remember when I first met Hana. My mother invited her to the house for dinner. I recall having to study for an exam the following day, so I wasn't too interested in being social that night. My mother insisted that had dinner with them, so I did.

My first impression of Hana was that she was quiet and soft spoken, almost complete opposite of my mother. I couldn't understand what brought the two of them together. That night, we laughed so hard. She is such a character with a great sense of humor! I was happy I decided to stick around for dinner that night. I saw a side of her that many people do not know. I thought she was one of the sweetest people I have ever met. That was the beginning of our friendship.

Hana has been more than a friend to my mother. She has been more reliable than some our closest family members. Hana is truly a kind, sincere and caring individual. She always puts others before herself.

Last fall, my mother was admitted to the hospital for surgery and remained hospitalized for three weeks. Because of Hana's situation, she was unable to spend time with my mother at the hospital. Even though my brother and I were with my mother on most days from morning until night, she continued to send her children to the hospital with flowers and balloons to cheer my mother up. For the first week, my mother was not able to eat solid foods. The day after my mother's surgery, Hana sent her daughter to the hospital with 7, yes seven pints of ice cream of different flavors! In the days that followed, Hana would cook home made soup and send it to the hospital. Once my mother was able to eat solid foods, Hana continued to cook large portions of my mother's favorite dishes and send to the hospital daily.

When my mother was finally discharged from the hospital, Hana opened up her home and offered to help take care of my mother while I was back at work as I missed so much time being with my mother in the hospital. I was at ease the whole time my mother stayed with Hana because I knew she was in good hands.

Friends like Hana are special. I have never met a woman who cares so much about others the way Hana does. She was so concerned about us all when my mother was sick. She called daily, three and four times a day at least to check on us. My mother's pain was Hana's pain. As I reflect on the many different ways Hana has been there for my mother, I can honestly say that she is a true friend. She has a very big heart and has a genuine concern for others. I feel very thankful, fortunate and blessed to have her in our lives.

Sincerely,

*Mervet A. Taha*

Mervet Taha
Mobile: 617-833-9888
Work: 781-997-0309
mtaha@pyxismobile.com
Human Resources and Office Manager, Pyxis Mobile Inc.

Dear Judge Lindsay:

My name is Ahmed Ibrahim and I have lived in 808 Memorial Dr., Apt310b, Cambridge, MA for ten years. I have known Hana AlJader and her husband Prince Mohammed AlSaud for about eleven years. The first time I met her, I was driving her in my cab after I picked her up from Quincy Market to Spaulding Hospital. When I first saw her, I knew she was Middle Eastern, so I said "Al Salam Wa Alekum" and she replied the same way. We talked for a little bit, and after hearing about my family, she invited me and my wife to her home, and since then we have became very close friends. She would invite me and my family to her house. She was very giving she would treat us like a member of her family, and almost every time we would leave, we didn't leave empty handed. Some times my wife would help her around the house, and when my wife is done Hana would give her money. The only way I could thank her by was driving her children to school in Quincy. Hana's family is a very good family, and an understanding family.

Sincerely yours,

Ahmed Ibrahim.

From: Zahra Stenerson
56 Cambridge St
Winchester, Ma, 01890

Most Honorable Judge Lindsay,

I had occasions (as a neighbor) to wittiness with what respect and kindness Hanah treats her husband, children, friends and strangers. I have seen her extend this kindness and respect naturally and effortlessly to everybody around her.

What impresses me particularly about her is that this kindness and consideration for others does not seem to waver under stress.

It is my sincerest wish that she should not have to endure anymore hardship than she has already, and that her family and friends (particularly her husband) should not be deprived of her company and care.

Respectfully
Zahra Stenerson

P.S. I am 47 years old and an interior designer by profession.

From: Kamal Marashi
56 Cambridge St.
Winchester, Ma, 01890

Most Honorable Judge Lindsay,

As a neighbor who works often in my garden I have met Hanah on many occasions. She has always been amazingly kind and cordial and has often been kind enough to invite me to barbecues and tea. I have been most impressed how well she deals with the difficulty of having an ill husband and so many children. I feel much compassion for her because it can not be easy to be the soul caregiver in her household and she has my outmost respect for doing such a good job at it. I hope dearly that she should not have to endure any more difficulty and that her husband will not be deprived of her love and care.

Sincerely,
Kamal Marashi

P.S. I am 48, a civil engineer and President of Atlantis Group Inc.

Dear Judge Lindsay.

My name is Inaam Kanj. I live at 234 Belmont Sr. in Malden. I was born in 1949. I met Hana AlJader about two and a half years ago in an Arabic restaurant. I wish I have met her earlier, after I had gotten to know her I came to find that she is a very kind hearted woman that has a wonderful social character. She is a hospitable woman, treats her guest young and old the best treatment. My four sons, my grandchildren, and I care for Hana very much and always wish the best for her.

Sincerely,
Inaam Kanj

Dear Judge Lindsey,

My name is Samar Kanj. I am a Lebanese American. I have three little kids living at hh Saugus, MA, and a gas station owner. I met Hana at my friend's kid party about five years ago. She was introduced to me as a princess from Saudi Arabia, and it was a pleasure and honor to meet someone like her.

A few weeks later her mother passed away, so my wife and I went to her house for support. She was very happy and thankful when we showed up. After a couple of weeks we were invited to her house for dinner. It was a very nice night which I enjoyed every second of. Her kids were wonderful and her husband as well. Sadly her husband is unable to talk and walk. I was able to manage a conversation with him threw her. Since she and her kids are the only ones that are able to understand what he is trying to say. Traditionally after she invited us to her house we must invite her to ours. And she did show up with so many gifts in hand for all of us including my kids. So the reputation between my family and her family became very good, and we started to show up to her house about two to three times a week.

When she became under home arrest we started to come to her house almost every single night. She is a very sensitive lady. She loves everyone kids and adults. She is a wonderful woman and an excellent mother and a patient wife. She does not deserve what had happen to her. Your honor as much as I tell you about her there is more and more good things to tell. It would take days to say all the good things that she does.

Your honor I'm asking you to have mercy on this mother and her kids and her poor husband. She did get her time at home and all the stress and pressure she was living in. And remember if she is going down then the whole family is going to collapse.

Sincerely,

11-16-2006

Judge Lindsay
Superior Court
Boston, MA

Your Honor,

My family and I reside and work in Boston. I personally have worked as a Boston real estate broker for many years. Since we are in the public service industry we've met, served and have acquainted with hundreds of families and individuals.

It has been a pleasure to meet one distinctive family in Massachusetts: the Aljader family. We have been friends with them for a number of years now and have great pleasure and honor to call Mrs. Hanna Aljader a friend in-deed. She has stood by us in difficult times and joined us in good times as well. We've come to realize that her kindness, warmth and loyalty have and continue to be enjoyed and appreciated by many others not just us.

As a result of her husband's unfortunate handicap, she alone had to raise a family of seven including her husband. In spite of her ordeal she impressively supported and gave undivided love and care to all her family members. She is truly caring and unique and we are grateful to know her and her family.

Thank you for taking the time to read our letter.

Sincerely,

Husain Yassin and Family
23 Sutton Street
Boston, MA 02126
617-799-3463

Dear Judge Lindsay,

I am Ouafae S. Charfi, I am 41 years old, and live at 84 Cottage St, Everett, MA. I have a college degree in Hotel and Restaurant Management, and own a beauty spa in Everett, MA. I have known Mrs. Hana AlJader since 2004; we met through a mutual friend. I started visiting her at her home more often, and she always made me feel welcome. She is kind, trusting, and generous. Whenever she talks about the future, she never mentions herself, but talks about her dreams for her children. To me that shows how selfless she is. I hope she never gets separated from her children and her dreams for them.

Sincerely,
Ouafae S. Charfi

Ouafae S. Charfi

Dear judge Lindsay:

My name is Dehab Ibrahim and I have three children. I live in 808 memorial dr. apt 310b, Cambridge, Ma. Right now I am a house wife and a student at Bunker Hill Community college. I have known Princess Hana AlJader and her husband Prince Mohammed AlSaud since my husband introduced me to them about ten years ago. I knew her since she lived in Somerville, MA then Arlington, and now Winchester. Hana is a very good person with wonderful children, she respects every one that walks in to her home and is very humble. When I would go to her house I would help her with everything that she needs extra help with, and she would always pay me well for it. Whenever we are visiting her home, my kids always want to stay longer because they can't get enough of her and her children. I describe her as a very good friend, good mother, good house wife, and a respectful person.

Sincerely yours

Dehab Ibrahim.

Dear Judge Lindsay,

My name is Mark Irqussi, I'm 35 years old, and I live at 23 Chandler St. Watertown Ma. I'm writing this letter in regard to Hana AlJader.

I met Hana AlJader through a friend of mine, Moukram Alkhoudari. She visited us with Hana. That was about nine years ago. Since that when she first visited us at my mothers house, we were very comfortable and we loved her since the first time we saw her. And since I became married I started visiting Hana with my wife, and the relationship started to become very good between us, because we loved her and respected her for the way she treated people. So then we started to treat each other like family. You notice that Hana is a giving person through the way she takes care of her kids and her husband who depends on her with showering, medicine, food, and much more. She even came to the United States years ago for his medical treatment after he got into an accident. She treats every one with respect and kindness. We are very proud to know this person and to stand next to her through the good times and difficult times.

Sincerely,
Mark Irqsusi

10/23/06

Dear judge Lindsay,

My name is Nadia Spair, and I live at 41 Elmwood Avenue in Watertown, MA. I have known Hana for quite sometime now, probably around 5 to 6 years. In these years, we shared a great friendship. I was at her house a lot and she would also come visit me. Hana has never wronged me in any way. I have never seen her harm or abuse her maids in any way. She is a very loving and caring woman, and would never want to hurt anyone. She always treated her maids with respect. The maids also seemed to like her and respect her back. Their relationship was always good.

Nadia Spair

Signed:_____

Dear judge Lindsay,

My name is Abir Youns. I am 31 years old and I live in 30 Hamilton Rd., Peabody, MA. I graduated from Northeastern University in 1999 with a Bachelor's Degree in pharmacy. Now I work as the manger of CVS pharmacy.

I met Hana at my friend Nidda's house, and since we met we have been good friends. When I met Hana for the first time I was very impressed with her personality; she's down to the earth, very social, has common sense, a sense of humor and most importantly has respect for everybody. It wasn't until I went to her house for the first time that I learned about her daily life. She is a dedicated wife and mother; she cared for everyone first then about herself.

She's one of the few people I know that you can talk to comfortably and freely. She's also a very understanding and forgiving person. She opened her house to me and my children. She always made me feel like I am at my own home. For what I have seen Hana lived a very tough life, between taking care of her lovely handicapped husband, Prince Mohammed AlSaud, worrying about her children, and dealing with every day wounds. Friends come and go but she always stands out. As life goes by,

places change and people change to, but I will never forget Hana. Hana is very special to me, she's my friend and she's my princess.

Sincerely,

Abir Youns

Oct 23rd, 2006

Dear Judge Lindsay,

My name is Laila Frgsusi, and I live at 85 Brookline st Watertown, MA I'm close with Hena, it saddens me to see what is happening to her. I have never seen Hena hurt any of her maids. She is a very friendly person. She is a very easy to get along with. She is very Caring, that is what brought her to this Country. To take Care of her Sick husband. Unfortunatley he is handicapped & of course hospitals here are alot better than those back home. Hena would never want to hurt anybody, and she is a very honest person. She has never done anything at all to make me think twice of her. I wish Hena the best of luck with this situation because she deserves the best.

thank you

Judge Lindsay,

My name is Wisam Taha and I have known Hana Aljadar through my mother Nora Maalouf, for a long time now, since I was a little child. I am 22 now and all the time that I have known her she was a very kind person, very giving, always trying to please. When I would go to her house she would make me very comfortable, she treated me and everyone who walked through her doors with respect. Hana treats people like she would treat her own family. And speaking of family, Hana's children are very close to me in age, they are very well mannered and very mature. Hana has done an exceptional job with raising them almost all by herself after her husbands tragic accident, leaving him severely injured and confined to a wheelchair. I have never known Hana to be unkind to anyone she meets and i would consider her a close personal friend and an overall caring, kind, loving, sharing, polite, and good hearted mother and human being.

Sincerely,

Wisam Taha

Dear judge Lindsay:

My name is Amarah Abdul-Aziz, i am a seventeen old American currently living at 89 Bethany RD Framingham MA.

I first became to familiarize myself with Mrs. AlJader's family when I attended an Islamic School in Quincy, MA in 2003. It was at that time I met Mrs. AlJader's daughter Adwa. With time Adwa and myself became very close, in which I began going to Adwa's house, where I met her mother. When I first met Mrs. AlJader she came off as a very simple woman; a very kind and hospitable person. After knowing Adwa for about 4 months, I began to going to Mrs. AlJader's house more frequently. From my observations, Mrs. AlJader would occasionally have guests at her residence for dinner or social matters. In doing so, Mrs. AlJader was extremely friendly and giving to each one of her guests, not an ounce of hostility or any sort of anger was ever seen coming from her.

While at Mrs. AlJader's home I had numerous counts of run-ins with the two maids, at which time they always seemed very content and happy in their living conditions there at Hana's home. There was never a time where I witnessed either of the maids being treated ill-manneredly by Mrs. Al-Jader or anyone in the house hold, they were treated like nothing other than family. Being an American myself hearing of such or even worse witnessing anything to that affect would have completely shocked me, so if that is what was truly going on at Mrs. AlJader's home I wouldn't have had continued visiting her residence.

Over the past year and a half, since the charges against Mrs. Al-Jader began, I started to spend even more time at her home, sometimes even weeks at a time, for any emotional support. At this particular juncture I've seen the effects this case has brought on Mrs. AlJader and her family. I have witnessed a kind-hearted and loving woman, who treats everyone she comes in contact with the utmost respect and generosity be accused of such a heinous crime, the difficulties her kids had to witness in seeing their mother in this kind of predicament, and it has just truly been a challenge for everyone to get used to, in fact there is no really getting used to it.

What is probably the most unsettling part of this whole case is how a woman who is so family and friend orientated being contained to her home for almost two years now. Mrs. Al-Jader was so full of life before this case, on a few occasions I can recall her and the whole family taking trips and going camping, and to just have all of that freedom taken away from you in an instant has got to be the biggest shock of all. I commend her for staying so strong for her family and most importantly for herself, no matter how tough it got for her.

I truly believe this case has been life changing on Mrs. Al-Jader emotionally as well as

her family and the people around her. I sincerely believe that Mrs. Al-Jader has served a substantial amount of time confined to her home. This case has put a two year damper on the progression of her life as well as her family's, it has been a burden for everyone, and I can't even begin to imagine what it has been like for Mrs. AlJader.

Indeed this entire time has saddened me to see Mrs. AlJader in this situation knowing her personally and spending many days with her and knowing the real Mrs. AlJader that the media doesn't see, and all that her family has had to see their mother go through. My only hope is that the Judge sees Mrs. AlJader for what her acquaintances see her as; a warm fun-loving lady, and let her go on time served. Mrs. AlJader has a life to carry on with, six wonderful children to continue to raise and a husband to help care for, her children need a mother to be able to go out with and enjoy, just as she needs them. My heart truly goes out for Mrs. AlJader and her family, and we can only hope for her well-being as well as justice and continue to give her al the support she needs.

Sincerely:
Amarah Abdul-Aziz

Dear Judge Lindsay,

My name is Nidaa Moheyiddin. I live at 998 Main St. Wakefield MA. I am a 44 year old mother of 3. I'm not currently working now, but my profession for many years was teaching children that are mute and have different disabilities. I met Mrs. Hana Al-Jader through a mutual friend by the name of Inaam Kanj, who took me to her house in Winchester about 2 ½ years ago, and we have been great friends ever since. Usually upon meeting someone for the first time, it's a quick in and out greeting to say "Hi" but in this instance I was there visiting with Hana for well over 4 hours, she was one of the nicest people I had met in a ling while, I felt so comfortable there at her home that time just flew by. Mrs. Hana Al-Jader is always overly hospitable to all her guest including myself and that is was drew me to her in the beginning, was her respect for everyone from all walks of life even those she didn't know too well. After my first visit to her home I began going there a lot more and building a relationship with her, it seems every time I went to her home my love and friendship with her grew even more. Some probably might have a certain idea implanted in their mind of a Princess, but she is the most down to earth person you could come across, she is very open-minded and caring. Everyone that Mrs. Al-Jader comes across she treats them like the other, no one is treated with more respect or love that the next. She doesn't differentiate between rich or poor, good and bad she accepts everyone as is and they are all the same in her eyes.

I have spent lots of time at Hana's home socializing with her and the family sometimes every other day during the summer, where I would always bring my 3 kids ages 11-16 to play with Hana's children, everyone always got along very well. In the beginning I thought that someone like Mrs. Al-Jader would have it made for her, she would be leading the life, but after witnessing her everyday life I realized how hard it truly is for her. Between raising 6 children on her own and caring for her handicap husband that brings on a tremendous amount of responsibility on her part, then there are the everyday necessities she does; cleaning, cooking ETC. Her days are long and hard, but she had such determination to do the right thing for her family, she never stops and would never let them down.

Since the case started Hana and her family have gone through many difficulties to the point where her children were failing out of school due to aggravation and pressure, it was getting too hard for her to deal with her emotions as well as theirs and keep everyone happy, that she had to send 4 of her 6 children back to their country in Saudi Arabia to live with her sisters. In the beginning after sending four of her children down to Saudi Arabia everything was going fine until difficulties started to arise there, one of her sister became extremely ill and had to be flown to Germany for medical attention, another sister was dealing with her child who had gotten very sick and had to fly out to England and the last sister was having a new baby of her own and wasn't around much for Hana's children, so they are there without really much supervision and need their mother to help and continue raising them correctly and see to it that nothing happens to them.

I only wish that this nightmare for this wonderful family would end soon so that they can continue to lead a normal life all together instead of split up and going in all different directions. I hope Judge Lindsay that you find it in your heart to let Mrs. Al-Jader go so that she can finish her responsibilities as a mother and a wife. She needs her kids and they need their mother now more than ever.

Sincerely,
Nidaa Moheyiddin

Honorable Judge Lindsay,

My name is Mohamed Jamal Fahal; I'm a 47 year old cab driver in the Boston area. I live at 75 Perkins St, in Lynn Ma. I'm writing this letter in regards to my relationship with my friend Mrs. Hana Al-Jader, we have had and still have a very great relationship with one another, I'm very happy to have such a friendship with Hana; she is an extremely generous and caring person. I first met Mrs. Hana Al-Jader in 1999, while I was driving for a limo company at which time my cousin Ammar Chamo had asked me if I would like to pick her up from the airport. I inquired about the fact about how much pay I would receive for doing the job, and Ammar informed me that I would be pleased with the outcome. On my way to the J.F.K airport I couldn't help but think how Mrs. Al-Jader's personality was going to be, being the first time I had ever met any sort of Royalty. I was a bit nervous upon meeting her but after I finally did, she was and extremely nice, kind and warm person and this was the beginning of our friendship which we still have now. After that day, I continued working for her every once in a while or whenever she needed my assistance.

On another occasion, I can recall her asking me to drive two of her workers to the J.F.K airport so they could leave back to their country in which I agreed. I went to Mrs. Al-Jader's house to pick up the two in which she let me use her car. Hana asked me to take good care of the two and look after them, seeing how they didn't speak any English, she also gave me money for any of the expenses that they may have. While driving them to the airport I couldn't help but sense some sadness in their eyes, at which time I asked why they looked this way and they responded that they were sad that they were leaving Mrs. Al-Jader but at the same time happy that they were getting to go back home and see their families. They also mentioned that they would like to come back and spend more time at Mrs. Al-Jader's house because they were very found of her and her family and the way they were treated at her home.

When I was getting ready to get married, Mrs. Al-Jader had heard about it and decided to have a party for me an my wife at her residence. My wife was very taken back by the warmth and good nature of Mrs. Al-Jader, that I can recall her asking me if I was indeed sure we were dealing with a princess, she had the interpretation that she would be the opposite of what she was, but after spending no more than a few minutes with her, it became very clear to my wife that she was dealing with a wonderful person. Mrs. Al-Jader continued to invite my wife and myself over more frequently, she never ceased to not help us out if we ever needed it and would always buy us gifts, just out of generosity.

When my wife and I conceived our first baby, she visited us at our residence with lots of gifts for our new-born child.

At one point Mrs. Al-Jader asked my wife if she would be interested in helping out with her kids schooling as a sort of tutor or instructor. My wife had agreed to helping out with her kids but informed her that she did not have a car to drive back and forth to her house, so Mrs.-Jader would drive to her house everyday to pick her up, and then drop her off later in the evening when she was finished at her house. Hana would always insist that my wife stay for dinner and socialize with her and would always invite me as well. My wife and I always noticed very good and respectful character coming from the kids, never any ill behavior of any sort. At one point in time we both had the pleasure of meeting her husband Prince Mohamed Al-Saud, he was very kind and generous himself and we enjoyed being around him and his entire family. I couldn't even begin to tell you how extremely nice and generous Mrs. Al-Jader and her entire family are. I shouldn't overlook the fact of how important Hana's role is in her husband's life; he depends on her more than anybody as she does him.

Some of Hana's children are split between here in the States and back home in Saudi Arabia and they haven't attended any sort of school since this whole case began two years ago, and they are going through a lot of stress without their mother there for them. This family has been torn apart by this whole misinterpretation of Hana's character and it is truly saddening. Hana is nothing without her family as they aren't without her and they need to be with one another once again. My only hope is that you Judge Lindsay see Mrs. Al-Jader for the caring person that she is and let her go back home to her family and continue to be the great mother that she is, and you being the start for her making up for any loss time with her family.

Sincerely,
Mohamed Jamal Fahal

Dear judge Lindsay:

My name is Linda Ramadan and I am married to Mohammed Musa. This letter is written in regards to my dear friend Hana Aljader. At the time of the meeting with now a good friend of mine Hana, I was currently residing in Malden, Ma. My husband profession in 2005 was pluming, which required him to work for hours, day and night. My job was raising my daughters, there isn't a job I would love to do more than this. My point is that I have no family, nor does my husband in this state. Which I thank god every single day for getting to meet Hana. She has been such a role model in my life. I look up to her ways in life, she is a friendly, kind, and caring, sensitive, loyal, understanding, humorous, fun, secure, and a true friend. She is also special, accepting, exciting, wise, truthful, and helpful. Hana Aljader is one of a kind, different from other generous, charming, and precious like gold. When my daughters see her, they only call her auntie, her reaction to them is filled with hugs and kisses. There are tough points in a marriage and in raising children, Hana would be the one that would give me the advise to work my thing out. She is a sister and an aunt to my daughters, which no one can replace because I see her almost on a daily basis. I have grown mentally because of her intelligence and success in life. I hope that one day my heart will be filled with the up most sincerity and love as her. She took me in as her own sister, that's something I will never forget.

Sincerely
Linda Ramadan

Dear judge Lindsey

I am Mohammed Musa. I am writing this letter acknowledging my friend Hana Aljader. My address is 5223 Bridle Creek way, in Hilliard, Ohio, and I am 33 years old. A friend of mine introduced me to Hana about a year ago, I have confidence in her character; trust worthy, courtesy, free giving, aspect of religion, devoting to a friend. My wife and I have two beautiful daughters. To me, I accept her as one of my sisters. I trust her with my daughter's lives. I turn to her for a boost of confidence, when I need it. She's most generous women I have met, not only giving but the way she invites you in to her home, she would include you as a family member. Hana is the first person I turn to, I thank her for lending me her supportive ear and for being there for me.

She gives me advice to steer me in the right direction but would never criticizes me for my actions. She is willing to help no matter what the situation holds. She always supports someone who is having a difficult time. She has brought happiness to many people's lives, and she also brought hope and inspiration to others. I would never think about her ever hurting anyone emotionally nor physically.

Sincerely

15 MONMOUTH ST
MALDEN MA 02148

Dear Judge Lindsay,

I am writing to you to commend to your attention a most extraordinary person
Hana Aljader. I know Hana Aljader for the past five years, and I am honored to call her a
friend.

As you may know these are difficult and trying times for many of us, and we are
being tested in many ways. But Hana's test started away before the situation she is in
now. She is a wife of a loving disable husband, who needs special care, and a mother of
wonderful children, which she is raising alone. She is the one holding that family
together.

Sincerely,

Assia Sadire

Dear judge Lindsay:

My name is Laila Abdul-Aziz, and I am eighteen years old. I live at 89 Bethany Rd. Framingham, MA and I attend Keystone academy. I first met Adwa AlSaud at our school in Quincy, Ma in the fall of 2003. We became close friends rather quickly and within a week she invited me and my sister over to her house, where she then introduced me and my sister, Amarah, to her mother Hana AlJader.

After spending time with Mrs. AlJader, I found her to be a profoundly caring and hospitable person, who frequently put the needs and concerns of her friends, guests and family before her own. I also noticed that Mrs. AlSaud is extremely close to her family, and both her children and husband depend on her greatly. Though I am not related to Mrs. AlSaud in some way I felt that she treated me and my sister as if we were family.

For all the years that I have visited the AlSaud family, I never saw the maids being mistreated or disrespected. I actually saw that they joke around and laugh with the kids that walk in to that house, and they always seemed to be in good spirits. From what I observed, the maids were not treated like employees but more like members of the family.

Since the accusations towards Hana AlJader, I have noticed how it has taken an emotional toll on the whole family and the ones close to them. Every time I think about the situation at hand I am taken back by thought that so few people would be able to

handle being wrongly accused, and punished for two year with the patience and grace that Hana AlJader has demonstrated.

I can not imagine her being punished more than what she already went through. When I think of it I feel horrified.

Sincerely,

Laila Abdul-Aziz

Dear Judge Lindsay,

My name is Kouasi Estowani, and I am sixteen years of age and I live at 998 Main St., Wakefield, MA. I met the AlSaud family on the September 10, 2004, and I have met them through one of my mother's friend. As time past by and I got to know the family better I also got really close to them. Some people get tired of other people if they visit them every week more than once, but I never did. Every time I would visit Sattam, Saud, and Talal I would get closer to them. I think in my mind I have liked them more than my brother. A twist of fate happened which is now the federal case that Hana AlJader got blamed for. From the short period of time that I have known this family for and that is 3 years I didn't see any signs of hate or injustice towards other people. They are very giving and don't expect anything back. Since I have been I this country AlSaud family is the only family that really took a part of my heart. I myself didn't know them when the maids worked for them, I only saw them once. Again the case made the family unorganized, they started to have sleeping and eating disorders and they would live in fear that they might not see each other as a family again for a long time. Without Hana AlSaud the family will fall apart, although they are from the royal family barely any people would pay attention to them. Mohammad AlSaud the husband of Hanna Al Saud really needs her in his life. His health condition is at its lowest he is ill. Every time he would need some body his wife was the only person that would cheer him up. I ask your honor to have mercy on her and think about the life that is being destroyed little by little.

Sincerely,

Kousai Estwani

الإسطواني

Dear Judge Lindsay,

My name is Alius Esteem. I live in Greenwood, the Main St. I am 14 years old. I met Hannah Aljadd through one of my moms friend. Her name is Imam Hany. Hannah is a very special person. She opens her door to everyone. As I write this letter she is asking my mom to sleep over at her house with all of her kids. I have never seen a person who does that. All she does is give people and don't expect anything in return. She is a funny and caring person. Right now she needs to be close to her kids and husband. They're in Saudi Arabia and she's here. I ask you, your honor, to go easy on this woman, because if she goes down then her whole family will.

Sincerely,

Alius Esteem

Dear Judge Lindsay:

My name Mahmoud Kanj 38 years old married got two child and residing at 30 Hamilt Rd Peabody, MA. My occuption is a senior test Engineer graduated in 1992 from suffolk University in Electrical Engineering and Completed my Master in Business administration in 1998 from Salem State College.

I Known Hana for the last 3 years. She is very respected individual. She dedicated her time Caring for her handicapped husband. She worked hard raising her children and teaching them to respect other people.

I firmly believe she is a forgiving individual that treat her friends and people around her with dignity and respect

Mahmoud Kanj

Hi, my name is Alin Estwani and I am 11 years old.

Hana is a very great pearson.

She is nice to others. She helps everyone that needs help. Everytime somone comes over she tries really hard to keep them happy and comfortable. She likes to joke around alot and make us laugh. So then I started comming over like everyday. We thought she was really cool. She treats us like we are her children. She dosent ~~belev~~ deserve to be stuck in her house. She has 6 children She should be out with them enjoing life. She is not abad person at all. She is like my second mom. I love Hana Al-Jader. Her children need there mom just as like she needs them. She needs to take care of her husband whitch makes even more stress on her. My hearts truly goes out to Hana Al-Jader.

Sincerly,
Alin Estwani



Dear Judge Lindsay,

I am writing to express my sadness for what has been happening to Hana and her family for the last year and to shed some light on that lovely family.

I met Hana more than 5 years ago through my friend Ammar. I visited Hana and her family with my wife and daughter, who loved their cats. We realized shortly thereafter that Hana is a wonderful, generous, hospitable and kind person.

Despite the very harsh conditions she has been subjected to lately, she continued to be the same caring woman, mother and friend to so many people around her.

i have not seen or witnessed throughout the years I had known Hanka any negative behaviour and/or any mistreatment to any person whatsoever. I have to mention that she has more than

half a dozen cats and they are treated like human beings That shows the human side of Hana and her love and respect for any living soul.

Thanks for your time.

Regards

Firas Smadi
54 Westchester Cir
Dedham MA 02026

Dear Judge, I, in a say

my name is Remi Kanj and a mother of 3 Kids and a us citizen

I live at 44 seagirt Ave, saugus, MA, 01906

I meg Hana over 5 years Ago Threw a friend at Her Kid Birthday party and Then she invited me and invited Her for Dinner and we starg knowing each other more and more.

she is a very good and nice person a mother of six Kids and a wife for a very nice person who gog into an Accident and become Handi. He depened on Her in every Thing food, shower, shaving, medicine eTc. He cang Live or survive without Her, And Her lovely youngs Kids Too.

I gog The pleasure to Know this family and become a friend with all of Them from the younges to the oldest.

Hana is a very good persone and Kind to every one she know's, even to my own 3 year old daughter. Lately she have been Threat a very bad day's because of what happing to her. She does not Deserve That either her family. I Know you Have a big Heart and please Asking you to have a mercy on Her and Her family, They suffered enough. may God Bless you and Bless Her and all Her family.

sincerly

Remi Kanj

Dear JudgeLindsay


Dear Judge Lisndsay my name is
nadine kanj I am the daughter of
Samer and Rima kanj I am 13 years
old and I Live in Saugus,ma, 44 Saugus
Ave, and I have two sisters I met
Hananal, Jader a year or two
ago and I can truly say that she is
like a mother to me and seing
her leave is the most saddest
experience that I can imagine
I have become very close to
her in the Past couple of years
a kind and Sweet lady should
not be treated like that I am
very shocked that something
like this would happen I can
honestly say that without
Hannah AL Jader I would not
be very happy in my life every
weekend and even on weekdays
we come and see her especia
lly after her house arrest
and with all the Stress

Dear Honorable judge! Reginald, C. Lindsey

To whom it may Concern;

few note's to say about my Dear Friend (Hanna)
who's hase been more than Generous & Helpfull
to me & people arowd her;
Kind & Helpfull & Thoughtfull;
I Can't even start Thingthing that she
would be any less than what she is;
please Accept my true feeling & Concern
About my Friend (Hanna)

Sincerly

Augustin Kotho
7-12-55
308 Boylston Str.
Boston, Mass 02116

Dear Mr. Judge Lindsay:

My name is Ahmad Yassen Chamo age 72. I'm a

Husband and father of 4 women, 2 Men And

Grandfather of " 15 " . I Live in Damascuse Burnyh

St. I visited Boston several times and I met

With Mrs Jadder and her family. She was a

Learned, sensitive. Kind Lady, she used to do

Her Job toward her husband and kids, she likes

And invites all kids of people, no matter what

Their nationality, religion is. and when she visit

Our country here my wife and daughters found

Her the Friend Liest women they ever met.

That's all I know about her besides her strong

Personality.

Mr
Ahmad Chamo

Dear Mr Judge Lindsay

My Name is Bacnar Cnune I Used To Live
In 62 Cambridge ST First Flur.
And Mrs Sadder lives In Second Floor As
Time Passed By we Became A Good Friends
And Almost Like A Family And I Found out
That She Doesn't Act Like A Princess In
Another word She And Her Helper's Anyone
Can Notice That They Are One Family. One
Day She Asked Me To Help Her To Move
The Furniture, When I Went There I Was
Surprised When I walked in Side Her
Daughter's Room To Help. I Found out That
The kids Are Sleeping in The Same Room With
The Princess Daughter At That Moment I Knew
That She is The Kindest Woman I ever Met
Reality.

Bu by C Nune

Honorable Judge Lindsay,

My name is Amal Allouch I'm 21 year old girl living on Hamrah St. in Beirut Lebanon. I'm writing to you in regards to Hana Al-Jader. Not to make this long winded but I feel that in order for me to express myself in true form, I feel as if it is important for me to do so. When I was about two in South Lebanon, there was a fight there between my country and another, and I was severely burned on my face and throughout certain parts on my body. My parents struggled very hard to try and come up with the financial resources so that I could have my surgeries done, but coming from a rather poor household and with nine other children for my parents to take care it was almost impossible to have done. In my younger years I was begging to feel the true effects of what my deformity had on society, it was begging to get harder for me to fit in and I always dreamed for the day to come when I could begin my surgeries and begin my process to looking like every other girl my age. When I reached the age of thirteen it finally began to seem like my life long dream was finally going to work out, we had finally found a charity that was willing to help me out and send me to Boston MA at the children's hospital so that I could start the treatments for my burns. The expense to send me to the United States was a lot more than we could afford, so in order to pay for my plane ticket, they had to sell our one possession, the house for a few thousand dollars which barely covered the cost at that. When I first arrived to the states I was hoping to have my surgery done right away and look normal for once in my life, but after my first visit to the hospital I then realized I had a long road ahead of me. At the hospital they had informed me that I the cost for my doctor's visits and surgeries would be covered however all my living expenses while here in this country would not. I was deeply saddened after hearing this, the thousands of miles that I traveled and the sacrifice my parents had made for me seemed to fall to pieces I didn't have much hope for a brighter day. It was one day that I was in an Arabic store buying something to eat when I met the owner, a very nice Lebanese man. I had told him about my situation and how I had basically given up all hope, when he then informed me about a Princess from Saudi Arabia that might be willing to give me a hand and he said that he would talk to her for me. After a few days he got back to me and informed me that he had spoken to his friend and said that she would do whatever it takes to help me out and had asked him to bring me to her house so that I could meet her. Usually people of Hana's status distance themselves from people less fortunate and don't really seem to care about others, but fortunately in my case the circumstances were much different Hana was extremely caring and hospitable to my mother and myself. From the first day that I met Hana and her family, she mad me and my mother feel like one of her family members and we always felt right at home there. Even though Hana had set out a very comfortable living environment for my mother and me I spent many days and nights sleeping in with Hana's wonderful daughter Adwa bonding and getting to know one another sincerely. It then began to feel like I was getting a second chance at life, like things were really going to work out for me this time. I felt very happy to be there at Hana's home, after leaving my entire family back home except for my mother being at Hana's felt like I had my family right there with me. I was so surprised by Hana's character toward us seeing how we were from a different country not from the same religion and such different lifestyles, that she was willing to open her doors to complete strangers. On many occasions Hana would take my mother me and the housekeepers to the mall so that we could buy basically whatever we wanted and needed and all the expenses were always on her. For the past eight years my mother and I would come and go from Lebanon every year so that we were able to go back

home and visit our family, and each time Hana would pay all of our expenses in order for us to travel. Every year we came back Hana would have bags of clothes and essentials for me and my mother and for the family and every other year she would send us back with another three or four bags for us to give to the other poor people around us. Each year that my mother and I returned we would stay at Hana's for a time period between three to six months, so that I was able to finish out my surgeries. The months that I spent there I came across different housekeepers, not long after I became good friends with all of them, they were happy there at Hana's home just as me and my mother were. I would spend a lot of time sitting with Hana's kids, housekeepers and the children's husband. On many occasions we would all take long walks together, go to Dunkin Donuts and play basketball everyone was always included in everything that Hana and her family did we all lived like one big happy family, which I commend Hana for, for making such a coexisting atmosphere. Hana is a very honest and genuine woman, her house was always open for anyone everyone was always treated equally whether you are old, young, rich or poor you are treated with the utmost respect. If we had functions at the house or a barbeque Hana would do most of the cooking and see to it that everyone was having a good time and was comfortable. Hana used to work with the maids and myself hand in hand with almost all the house work. I can remember feeling bad for her at times because of all the tremendous works she would do, whether it is taking care of her wheelchair bound husband her six wonderful children or keeping all her friends satisfied. I would try and help out Hana as much as I could with house work and tending to her husband, but he is extremely sensitive to who helps him out, so anyone other than Hana can only do so much to help him out. Hana doesn't usually go to sleep until she makes sure that everyone is comfortable and happy, and making sure her husband is ok and satisfied with everything, she basically works around the clock all day long. When I try and describe Hana to friends or relatives they always take it as me just over exaggerating the issue, but in all reality that is just how she is, Hana always outdoes herself and it she can sometimes seem to good to be true but that is just the kind of kind-hearted woman she is. The very last time I was with Hana which was a few months ago, I saw a tremendous amount of pain coming from Hana and everyone around her, they seem to be changed greatly from all that has happened and unfortunate to say not a good change. All her children have dropped out of school and are now separated from one another, it's truly sad to see her in this situation knowing all that she has done for people including myself and my family. I thank GOD, Hana, Her family, all my doctors and all the other who helped me out along my long journey, because of all of them I finally have my life back to normal. I'm now happily engaged and planning on having my wedding in the near future and I pray to GOD every night that my second mother Hana would be free to attend my wedding because without her it just would feel right to not have her there, because she is the main reason I'm at this point in my life and able to enjoy such happiness. I wish there was some way that I could repay Hana for all that she has done for me, but I know that no matter what I do nothing will ever be enough to make up for all the wonderful things she has done for me and my family. Again I apologize for the lengthiness of my letter but I want you Judge Lindsay to understand where I and everyone else on Hana's side are coming from, Hana is truly one of a kind she is a very special human being. Thank you very much for all your time and patience.

    Sincerely,
    Amal Allouch

أمل علوش

‏امل

Dear Honorable Judge Lindsay,

My name is Shafika Fakieh; I was born in 1952 in Beirut Lebanon on Hamrah St. I'm married with ten kids, one of them being Amal Allouch. I don't want to take much of you time, my daughter has spent time telling you our experiences and time spent with Hana and her family. In my fifty five years of living I have never came across anyone like Ms. Hana Al-Jader. She was always a real sister to her housekeepers and all her friends. Hana always treated her housekeepers with lots of respect and hospitality. If you take notice Judge Lindsay I don't refer to the housekeepers as "Maids", because Hana didn't ever refer to them as that. She is a great mother to her six children and a wonderful wife to her disabled husband she lives most of her life making she that everyone else is happy and comfortable. I don't want to reiterate on stories that were already said about Ms. Al-Jader but I myself must say that she is a big hearted person and very loyal to everyone she meets, always kind and genuine she brought a lot of happiness to all walks of life, and she is defiantly not a woman that should be removed from society. Thank you for finding the time to listen, and I hope you take all I said into consideration.

Sincerely,
Shafika Fakieh

Honorable Judge Lindsay,

My name is Omari Hassan, I am 18 years old, and I live at 32 Bower St, Boston, MA. I am writing this letter to inform the reader about the great qualities that I have come to know Hana Aljader by. Although she has been under a great deal of stress for the entire time that I have known her, she still remains to be an extremely kind hearted, exceedingly charitable, caring individual. These qualities I speak of are not being made up to try and sugar coat her character. I am stating these points from my own personal observations through the real life experiences that I have acquired by living with her and her family.

Two years ago I was living with my parents. My mother divorced my father while I was very young and I never really saw him much after that, so in a sense I grew up without a father. It was only my mother who supported 12 children all by herself and I was the youngest of them. So through that I gained a great amount of respect for women in general, but in specifics, single mothers. My mother got remarried to a man who was very abusive to children for the most part. When I was sixteen he hit me in the face with a glass plate and opened a hole in my face between my chin and my cheek. I had to get plastic surgery in order to look normal again. I was not able to stay in a house with a man like that so I left. For months I was dealing with a homeless shelter called Bridge Over Troubled Waters and I was also having many problems with DSS who wanted to put me in a facility until I was eighteen as if I was a criminal.

A few months after the incident I was homeless reading the newspaper and I saw my friend's mother in the news. I contacted him immediately, and he informed me about the entire situation and invited me over his house. I went to his house a few days later and his mother was there. We discussed the situation his mother was in and for a little while we discussed my situation. He asked his mother if it was fine if I stayed with them for a little while and even though she was under unimaginable stress she still didn't reject me. She welcomed me into her home with open arms and an open heart as if I was one of her own children. She helped me in ways I would've never imagined and for that I find myself forever grateful. She gave until I thought she couldn't give anymore, and she continued to give whether it was her love, her time or even material items. For me to see her in such a stressful state and still continue to help people and demonstrate kindness I was astonished. It inspired me to be the better person that I am today.

Hana helped so many people in so many different ways that I can't even count them all if I wanted to. I can only speak for myself and my own experiences. This has been the character that I have come to know her by. During one of the hardest times in her life she helped me keep up a good spirit and go back to school. I graduated from high school this year and I am now on my way to college and a better future. It was by Hana Aljader's selfless generosity that I am able to stand on my own two feet today. In all truth in honesty if someone was to ask me about Hana being cruel, selfish, or mean in any way whatsoever I would know that this was indeed untrue. It couldn't be true, at least not about the Hana that I know.

Sincerely,
Omari Hassan

Dear Judge Lindsay,

My name is Tariq AlSheikh, I am 55 years old, and I am a Sudanese citizen living in Saudi Arabia. I have been employed by Hana AlJader for the past 20 years. I was hired to be a driver by Mrs. AlJader shortly after she was married. For seven years a few other employees and I worked for her. She treated us the best treatment, she was always fair and kind. She made sure that we were always afforded enough rest and sleep, and never hesitated to give us time off when we needed it. She never failed to give us our payments on time and gave us generous bonuses regularly. All the employees, including me, came to regard her family as our own. Even though she asked to be called by her name, all the male called her "aunt Hana", and the female employees called her "mama", or mother. She is a woman of high morals, humble, generous, and humane. At an early point during my employment Hana needed another employer, so I brought my cousin to work with me. For years my cousin and I worked for Hana. When she traveled to the US for her husband's medical treatment she asked me to stay and help care for her children, and my cousin accompanied her and her husband to the United States. She took care of my cousin's travel expenses and housing in the US. I stayed in touch with Hana and my cousins so I can know Mr. AlSaud's condition and how Hana and my cousin were doing. A few months after they arrived in the US, my cousin decided to pursue other employment opportunities in the US, and Hana respected that and helped him in any was she could. Almost a year later her children joined her in the US and I went back to Sudan. While I was in Sudan I was diagnosed with diabetes and as there is insufficient medical care in Sudan my legs were amputated soon after. During one of Hana's visits to Saudi Arabia I called her and told her about my condition. She quickly wired money to my account in Sudan to support my family as I could no longer work and aided me in obtaining a visa to go to Saudi Arabia and paid all my travel expenses, something I couldn't have done on my own. She went even farther and paid all the medical expenses for my surgery. I went underwent prosthesis to have two bionic legs. She gave me back hope when I had none left, and it didn't stop there; she gave me enough money to start a small business so that I may support my family. In my eyes, Hana is the embodiment of kindness and generosity. Without her I don't where I'd be. I sincerely hope that you consider all she has done for me and many others before taking any decisions. I appreciate your time and patience.

Tariq AlSheikh



Date:  /  /2006

**From:**    Abdullah – Hedaya Bakri

>    Age: 54 years              Gender: Female

>    Profession: Teacher        Nationality: Egyptian

>    Address:    Riyadh City, Kingdom of Saudi Arabia

>            Mobile: 00966500687497         } K.S.A

>            Home Phone: 00966-1-2950296

>            Home Phone: 002027576741

>            Mobile: 0020129300193          } Egypt

>                    2020123720371

*Dear Judge Lindsay,*

*Greetings,*

Shall I introduce myself to you hoping to take my testimony in consideration?

*Sir,*

I am an Egyptian lady aged 54 and has been residing here in the Kingdom of Saudi Arabia for 25 years among those whom I consider my relatives and kinsmen. Praise shall be to God.

I came to know Mrs. Hana'a Flayyih for 17 years through some friends and my profession as a teacher. In 1981 I was subject to an open heart surgery in Egypt for dilating the mitral valve. IN spite of my health condition, I have to work hard to ear a living. Consequently, I sustained a relapse in 1990, and my attending physician recommended that I should have a cardiac catheter and angioplasty. However, my budget was too short to pay for such a procedure. This respected lady who is known for her generosity and love of charity shouldered the expenses of my

treatment in the Military Hospital although she was so busy with her sick husband and her family circumstances do not allow her to think of others, yet she never forgets those who are in need and those who are suffering. She is always like that. All people's worries are in her loving heart. She provides her help and extends her hand to the far before the near in implementation of the true Islamic teachings. I remember her assistance and support to her family members who were in need.

My appreciation and relationship with her were enhanced when I became her housekeeper to faithfully reward her as a simple gratitude for her grace on me and my children. She used to send a gift to everyone of my children when he/she succeeds or gets married even if he/she is in Egypt. I swear by God, should my real sister in her shoes, she would not have done the same to me.

### Our Just Judge,

In 2002, I was working for Mrs. Hana'a when my mother died in Egypt. To my astonishment she bought a round air ticket for me in addition to a large sum of money and even mourning clothes as accustomed in our culture. Isn't her high that we should pray for her and plea to God to remove this dilemma on the hands of a generous just man like you. A man who says what is right and just.

I swear by God that I am in bad need for her for a certain serious matter and I am so sad she is not there to help. This lady is compassionate sympathetic who responds to whomsoever knocks at her door. She is so benevolent to her family, children and friends. Through

my relationship, I found that she is faithful wife who fears God in her sick husband.  She has never get bored or annoyed from nursing and caring for him.

All of us here pray to God to release her and lessen the burden she is shouldering.  We look forward to your forgiveness, and generosity.  All of us are awaiting you to utter her innocence.

Forgive me for taking much of your precious time, even though I have more to say about this lady.


Thanking you.

Best regards.


Respectfully yours,


**Abdullah, Hedaya Bakri**

Date:    /    /2006

**From:    Youssif – Zeinhum Mohammad Ahmed**

Age: 56 years        Gender: Male        Nationality: Egyptian

Profession: Administrative & Financial Manager

World of Books House for Publication & Distribution

Riyadh, Kingdom of Saudi Arabia

Phone Numbers:

Home:        00966-1-2950290

Office:        00966-1-4657570

Mobile:

*Dear Brother: Judge Lindsay the Reverend,*

*Greetings,*

I have the honor to deliver my testimony about the respected lady Hana'a Flayyih – Al Jader. I have come to know this honorable lady via her friendship with my wife / Bakri – Hedaya for more than 17 – 18 years.

Then, I started to deal with her directly when my wife was admitted to the hospital taking into account that Mrs. Hana'a shouldered the cost of medical care provided to my wife. Afterwards, she requested my wife to serve her at home for looking after the kids and her disabled husband, as the burden was too heavy for her to bear. Following that, my wife stayed with them for 3 years as a house-keeper.

I have heard all the best about this lady. Her generosity was flooding our family members. I saw with my own eyes what she used to

buy for those working for her. She has been sympathetic to everyone especially to the weak, the poor as well as all the member of her family.

In fact, nothing I can say about this honorable generous lady except is that she bear a kind loving heart, and one of the best characters I have ever seen in my life.

I plea and pray to God, the merciful to be with her till she safely comes back to our home country.

God is Good, Preserver and the Best of Merciful

Thanking you.

Best regards.

I remain.


Respectfully yours,


**Youssif – Zeinhum Mohammad Ahmad**

Date: 9 / 11 / 2006

**From: Abu-Shagrah, Hajar Khalil**

> Age: 50 years          Gender: Female

> Address: Um Al Hamam, Riyadh, Kingdom of Saudi Arabia

**To: Reverend Judge / Lindsay**

*Greetings,*

Although I have not seen you personally face to face, yet I do see you with my heart as an image for the American justice which I hope that it shall treat her with justice and leniency. I shall not be exaggerating if I say that Mrs. Hana'a is dearer to my heart than my own kids. She is the one who gave her hand to me when I was in need for a person who can help us with me hard circumstances which we experience as a family. I served for Mrs. Hana'a as a teacher for her children with a modest salary that could not cover our basic expenditures. Yet, when she came to know such situation she used to pay the school fees of my children and the home rent. Moreover, she bought a small car for us for our easy transport especially because my husband is a cardiac patient and I have a disabled daughter a matter necessitating recurrent visits to hospitals. Mrs. Hana'a was the best sister and friend as she became rescuer. We plea to God Almighty day and night to alleviate her pain. Now, most of my children graduated and our circumstances have improved thanks to her efforts and goodness. What I write here is least thing that I can say about this kind-hearted benevolent lady asking for her mercy and leniency and to have a reward for the goodness she implanted and the happiness which she distributed on all around her.

Thanking you.

Yours faithfully,

**Abu-Shagrah, Hajar**

Date: 12/ 1( /2006

**From: Ra'ed Abdul Hamid Jabr**
Age: 24 years
Address: Um Al Hamam, Riyadh City, Saudi Arabia
**To: Reverend the Judge Lindsay**

*Sir,*

**Greetings**

It is pleasure for me to write to you about Mrs. Hanaa Al Jader whom I can not say what she deserves even though I write a whole volume about her. She is a great lady in the strict sense of the word. She never hesitates to give a hand to anyone needing her assistance. My mother served as a tutor for her kids for fourteen years. When she came to know our circumstances as my father was a cardiac patient who is not able to work who is caring for a big family consisting of five boys and a disabled girl and our mother has to afford us. Mrs. Hana'a has shouldered the responsibility of our school fees plus the home rent up till now. She has assigned a monthly salary for us even after the service of my mother for her came to an end. Even, when she went to the States, she has never abandoned her role.

*Dear Sir,*

We are very sorry for what happened to her and especially to her children and her husband who are now suffering from loss and distortion. They are unable to reside peacefully in one place and can not continue their study.

We hope that you shall look at her with an eye of mercy for he sake of her bid-ridden husband and poor children.

Thanking you.
Best regards.
Yours truly,

**Ra'ed A. Jabr**

October 12, 2006

Dear Judge Lindsay,

My name is Malika Elhoujjaji; I'm a 37 year old woman from Morocco. I have been in this country for 5 years and I'm currently staying at 315 Main St. in Everett MA, and work as a medical assistant at Beth Israel Hospital.

I'm writing to you, your honor with regards to Mrs. Hana Al-Jader. I met Hana Al-Jader five years ago through a mutual friend, while I was in the process of looking for a job my friend had made me aware that Hana Al-Jader was looking for a nanny to assist her in the care of her children which turned out to be very nice children. In the beginning I did not want to take the job because I thought that it may have been a lot of work to take care of six children, but then changed my mind and decided to take the job.

Sometime in 2002 I met Hana and her family, and I then started working with her at her Arlington home (339 Mystic St.). The job turned out to be a lot easier than I thought it would be. The children were very nice and disciplined, Hana was a very hard worker and very good to me and her family. I have never seen a woman work as hard as she did at home, taking care of her sick husband and six children, the poor woman takes care of her family around the clock, especially her husband who needs her the most. Now in his fifties, and he is unable to speak or walk on his own. Hana's husband depends on her a lot your honor.

Before I met Hana and began working for her I thought she was a princess who had a nice comfortable life, but after spending time with her and getting to know her I wouldn't want to be in her place, she works so hard to keep up with her families needs. Her husband has trouble even excepting help from anyone other than his wife and rarely his kids. she is an extremely nice lady. She lives for her family and friends; she is a giver in every aspect everyone in her life comes first, always putting her self second.

For example after working for her for a few months I had wanted to go to Morocco to visit my family, she bought me my ticket including gifts for myself and my family, who she does not know. When returning after a few months, I needed a place to stay so she offered me a place to stay at her home for free. Not only that, when I had told her I was thinking about going to nursing school, but told her I could not at the time because I had no money she supported me and paid all my expenses until I finished my school and got my diploma. While I was in school and living with her she treated me like a part of her family; looking after me and taking care of me, that is what kind of person Hana is.

I could tell you tons of stories like mine that she did for people but I don't want to take of much of your time. Your Honor after knowing for Hana .I believe her to be a very nice woman and do not believe she deserves what she is going through. I care for her deeply as do the people around her. Since this has happened to her myself and friends go to her

house almost everyday trying to support her in the bad time, I hope you will find it in your heart to have mercy on her and her family who really need her.

Sincerely,
Malika Elhoujjaji

10/1/06



**Lahey**
C L I N I C

41 Mall Road
Burlington, MA 01805
781-744-5100

RE: ALSAUD, MOHAMMED
LC#: 2049925
DOB: 01/01/1952
Visit ID :tmp2049925

To Whom It May Concern:

Mr. Alsaud is followed in the Neurology clinic at Lahey Clinic Burlington, Massachusetts. As a consequence of a severe head injury several years ago, he now suffers expressive difficulties, severe incoordination, gait problems, as well as seizures. He is almost totally dependent on others for most of his activities of daily living and requires constant attention and care indefinitely.

Sincerely,

Gregory J. Allam, MD

Gregory J Allam, MD
Department of Neurology
781-744-3803

GJA:706
D: 12/04/2006 11:00:14
T: 12/04/2006 11:16:44
J: 6258978

CC:
THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Gregory J Allam, MD ON 12/05/2006 08:41:09