# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v.  : | |
| : | NO. 05-10085-RCL |
| HANA F. AL JADER : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE
## SENTENCING MEMORANDUM LATE

The United States hereby moves for leave to file its sentencing memorandum late.

As grounds therefor, the government states that it did not appreciate the need to file a sentencing memorandum, pursuant to the Court's procedural order, until it reviewed the sentencing memorandum filed by the defendant on December 14, 2006. Although the government does not believe an evidentiary hearing is required, it seeks leave to file its sentencing memorandum this date to address some of the claims asserted by the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney

BARBARA KAY BOSSERMAN
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

    I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney