UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>                                                    )<br>      v.                                           )<br>                                                    )<br>HANA F. AL JADER                    ) | Criminal No. 05-10085-RCL |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
MEDICAL/PSYCHIATRIC REPORT UNDER SEAL**

Defendant Hana Al Jader hereby moves that the court permit a medical report containing diagnoses of medical and psychiatric conditions of Ms. Al Jader's sister Mona to be filed under seal. As grounds for this motion, Ms. Al Jader states that the report contains highly personal otherwise privileged information the public filing of which would not be in the interests of justice.

HANA AL JADER
  By her attorneys,

/s/ *Richard M. Egbert*
Richard M. Egbert
  BBO: 151800
Law Offices of Richard M. Egbert
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
(617) 737-8222

/s/ *Joseph J. Balliro*
Joseph J. Balliro, Sr.
  B.B.O. #002800
Balliro & Mondano
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
151 Merrimac Street
Boston, MA  02114
(617) 742-9099

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 19, 2006.

/s/ *E. Peter Parker*
E. Peter Parker