UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-10085-RCL |
| **HANA F. AL JADER** | : | |

### ORDER OF STIPULATED JUDICIAL REMOVAL

Pursuant to the authority created by section 374(a)(3) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at Title 8, United States Code, Section 1228(c)(5), and upon the parties' agreement to the entry of a stipulated judicial order of removal, it is hereby ordered that the defendant, HANA F. AL JADER, an alien removable under 8 U.S.C. §§ 1227(a)(1)(B) and 1227(a)(2)(iii), upon conviction and after release from any period of incarceration or home confinement, shall have her passport returned to her and be taken into custody by the United States Bureau of Immigration and Customs Enforcement and removed to Saudi Arabia or to any other country as prescribed by the immigration laws of the United States of America.
**So Ordered.**

                                                 Reginald C. Lindsay
                                                 UNITED STATES DISTRICT JUDGE

Entered: December 28, 2006

## **CERTIFICATE OF SERVICE**

    I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                                  /s/ S. Theodore Merritt
                                                  S. THEODORE MERRITT
                                                  Assistant U.S. Attorney