IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-10085-RCL |
| HANA F. AL JADER | : | |

**IMPLEMENTATION OF PLEA AGREEMENT REGARDING STIPULATED JUDICIAL ORDER OF DEPORTATION/REMOVAL PURSUANT TO 8 U.S.C. §1228(c)(5)**

Defendant, Hana F. Al Jader, ("Defendant"), agrees that she is not a citizen or national of the United States, and that she is a citizen of Saudi Arabia.

Defendant agrees that when she is sentenced in the instant criminal proceeding, a judgment of conviction will be entered against her in this court for the offenses of visa fraud, in violation of 18 U.S.C. § 1546(a), and harboring of illegal aliens for private financial gain, in violation of 8 U.S.C §§ 1324(a)(1)(A)(iii) and (B)(I).

Defendant understands and knowingly waives her right to a hearing before an Immigration Judge or before any other authority under the Immigration and Nationality Act, on the question of her deportability or removability from the United States. In this regard defendant understands and knowingly waives her rights to examine the evidence against her, to present evidence on her own behalf, to cross-examine any witnesses presented by the government, in any administrative removal proceeding and to appeal from a determination of deportability or removability.

Defendant understands and knowingly waives her right to apply for any relief from deportability or removability from the United States that would otherwise be available to her. Defendant understands that if she is an alien lawfully admitted for permanent residence, acceptance of a final order of deportation or removal from the United States terminates that status.

Defendant understands that execution of an order of removal under 8 U.S.C. §§ 1227(a)(1)(B) and

1227(a)(2)(A)(iii) against her will have the legal consequence under the immigration laws of permanently barring her from re-entering the United States.

Defendant agrees and stipulates to accept a final judicial order of deportation or removal knowing that it will result in her amenability to immediate deportation or removal from the United States upon conviction and completion of any period of incarceration. Defendant agrees that the order of deportation or removal be issued for her deportation to Saudi Arabia, or to any other country as prescribed by the immigration laws and regulations of the United States of America.

Defendant knowingly waives any and all rights to appeal, or to move to reopen or reconsider, or to seek to vacate, or to otherwise seek any judicial or administrative review of, the order of deportation or removal or the right of the United States to enforce such order. Defendant waives any right to and agrees she will not seek any judicial or administrative stay of execution of the order of removal or deportation. Defendant waives any right to seek release from the custody of the United States Bureau of Immigration and Customs Enforcement ("ICE") when ICE assumes such custody after conviction and her release from any period of incarceration and preparatory to arrangements for her deportation or removal from the United States. Defendant agrees she will in all ways cooperate with ICE officials in the surrendering of or applying for any travel documents, or in other formalities relating to her deportation or removal from the United States and preparations therefore.

_____
HANA F. AL JADER
Defendant

Date: 12/31/06

I certify that Hana F. Al Jader has read this Agreement and that we have discussed its meaning. I believe she understands the Agreement and is entering into the Agreement freely, voluntarily and knowingly.

_____
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )     Criminal No. 05-10085-RCL<br>)<br>HANA F. Al JADER                )| |

DISMISSAL OF COUNTS
FROM THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses Counts One through Six of the above-captioned Indictment charging HANA F. AL JADER with forced labor, document servitude, and falsification of records. In support of this dismissal, the government states that, pursuant to a plea agreement, HANA F. AL JADER has pleaded guilty to Counts Seven through Ten of the Indictment, charging her with visa fraud and unlawful harboring of aliens for profit, and the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
DIANE C. FRENIERE, Chief
White Collar Crime Section

S. THEODORE MERRITT
Assistant U.S. Attorney

Leave to File Granted:

Reginald C. Lindsay, Judge
United States District Court