UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          Criminal No. 05-10085-RCL

HANA AL JADER

## MOTION RE COMPLIANCE WITH
## COURT ORDER OF COMMUNITY SERVICE

Now comes the defendant in the above-entitled matter and moves this Court to

allow the defendant to perform her one hundred (100) hours of community service at the

Islamic Saudi Academy in accordance with the attached communication from the

Director General of the Academy.

The defendant further says she has discussed the matter with the United States

Probation Officer (Lisa Dube) and that office has no objection, subject to the approval of

this Court.

Respectfully submitted,
By her attorney,

/s/ Joseph J. Balliro, Sr.

_____
Joseph J. Balliro, Sr.
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8442
B.B.O. No. 028000

CERTIFICATE OF SERVICE

I, Joseph Balliro, Sr., hereby certify that on this 26th day of January, 2007, I have served a true copy of **Motion Re Compliance With Court Order Of Community Service** upon S. Theodore Merritt, Esq., Assistant United States Attorney, Office of the United States Attorney, One Courthouse Way, Boston, MA  02210 and upon Lisa Dube, United States Probation, Federal Probation Services, Suite 1200, 1 Courthouse Way, Boston, MA  02210 by pre-paid first class mail.

/s/ Joseph Balliro, Sr.

_____

Joseph Balliro, Sr.





ديمية الإسلامية السعودية

الولايات المتحدة الأمريكية

To **4r**  3J ilamir'cult Arabrmt3

The 3fluttrd                      :,Los_ _i1 Date January, 24 2007 ..................................L 1lhtt.

#tafru of

Fn(losures..............  Aumrric;a

**Mr. Joseph Balliro**
**99 Summer Street. Floor 18**

**Boston MA. 02110 Phone #**

**(617) 737 8442**

**Regarding our phone conversation, I would love to clarify that the Islamic Saudi Academy is a Bilingual American Non Profit Organization, Fulfilling the need of 970 Students from Grades Pre-K up to 12ª'.,. They study subjects as Mathematics, Science, Social Studies, Physical Education, Health, Computer, Art and English as Fairfax County Standard Curriculums, in addition, we teach Arabic Languages and Islamic Studies in Arabic language.**

   1. **Our School existed since 1984.**

   2. **All our Students study English according to Fairfax County Curriculum.**

   3. **All of them Study Arabic Language,**

   4. **Mrs. Al-Jader will be teaching both Arabic and English language and culture according to the needs of the students.**



**Abdalla Al-Shabnan**
**Director General**

**Islamic Saudi Academy**

                                          **S.S.S.**