

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10085-RCL |
|---|---|
| DEFENDANT<br>Hana Al Jader (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE<br>AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>339 Mystic Street, Arlington, MA |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the above-referenced Property by POSTING and WALKING in accordance with the attached Preliminary Order of Forfeiture and applicable law.

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of   [ X ]Plaintiff<br><br>Kristina E Barclay, Assistant U.S. Attorney      [   ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 23, 2006 |
|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS· | Date |
|---|---|

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the<br>Total # of Process Indicated | District of<br>Origin<br>No | District to Serve<br>No | SIGNATURE OF AUTHORIZED TREASURY<br>AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That [   ] PERSONALLY SERVED, [   ] HAVE LEGAL EVIDENCE OF SERVICE, [ ✓ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below

[   ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above· | [   ] A Person of suitable age and discretion then residing in the<br>defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS· (Complete only if different than shown above.) | Date of Service<br><br>SEE REMARKS | Time of Service | [   ] AM<br>[   ] PM |
| | Signature, Title and Treasury Agency     01-17-2007<br>MARY LOU GILMAN  FORFEITURE Specialist | | |

REMARKS: See attached copy with Post a Walk certification from ICE agent

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT**   ☐ **FOR CASE FILE**   ☐ **LEAVE AT PLACE OF SERVICE**   ☐ **FILE COPY**

**Department of the Treasury**
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10085-RCL |
|---|---|
| DEFENDANT<br>Hana Al Jader (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>339 Mystic Street, Arlington, MA |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be<br>Served In This Case | |
|---|---|---|
| | Number Of Parties To Be<br>Served in This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the above-referenced Property by POSTING and WALKING in accordance with the attached Preliminary Order of Forfeiture and applicable law.

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of  [ X ]Plaintiff<br><br>Kristina E. Barclay, Assistant U.S. Attorney<br><br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 23, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS. | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ✓ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>11/1/06 | Time of Service<br>12.00 | [ ] AM<br>[ ✓ ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS:

On 11/1/06, I posted the preliminary order of forfeiture to the front door of 339 Mystic St, Arlington. The house is currently vacant.

TD F 90-22.48 (6/96)

[ ✓ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY