

## Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR-05-10085-RCL |
|---|---|
| DEFENDANT<br>Hana Al Jader (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Office of the Town Assessor |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>Town Hall, First Floor, 730 Massachusetts Avenue, Arlington, MA 02476 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability Times.)

Please serve a copy of the attached Preliminary Order of Forfeiture upon the above-referenced entity via certified mail, return receipt requested.

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of [ X ] Plaintiff<br>Kristina E. Barclay, Assistant U.S. Attorney [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 23, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ✓ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>PLEASE SEE REMARKS SECTION BELOW | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency:<br>Mary Lou Gilman | | 01-1707<br>Forfeitures Specialist |

**REMARKS:**
The above described Order was served by certified mail. A copy of certified mail form 7001 2510 0003 4299 5204 is attached. Mailed on October 27, 2006. Postal records indicate delivery/receipt on October 30, 2006

**TD F 90-22.48 (6/96)**

❑ RETURN TO COURT     ❑ FOR CASE FILE     ❑ LEAVE AT PLACE OF SERVICE     ❑ FILE COPY


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7001 2510 0003 4299 5204
**Status: Delivered**

Your item was delivered at 8:34 am on October 30, 2006 in
ARLINGTON, MA 02476.

*Additional Details >*    *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Pro*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Office of the Town Assessor
Street, Apt. No.; 730 Massachusetts Ave.
or PO Box No.
City, State, ZIP+4 Town Hall 1st Floor
Arlington, MA  02476

PS Form 3800, January 2001    See Reverse

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

CR-05-10085-RCL

1. Article Addressed to:

Office of the Town Assessor
Town Hall  1st Floor
730 Massachusetts Ave.
Arlington, MA   02476

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Address

B. Received by ( Printed Name)    C. Date of Delive

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

OCT 3 0 2006

3. Service Type  S - 024
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandi
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0003 4299 5204

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0
20050401900002.01