

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10085-RCL |
|---|---|
| DEFENDANT<br>Hana Al Jader (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
Washington Mutual Bank

Address (Street or RFD / Apt. # / City, State, and Zip Code)
9200 Oakdale Avenue, Mail N1 10701, Chatsworth, CA 91311

Send NOTICE OF SERVICE copy to Requester:

KRISTINA E BARCLAY
ASSISTANT U S ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve a copy of the attached Preliminary Order of Forfeiture upon the above-referenced entity via certified mail, return receipt requested.

JLJ xt 3297

Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff  [ ] Defendant
Kristina E. Barclay, Assistant U S Attorney

Telephone No. (617) 748-3100

Date: Oct 23, 2006

SIGNATURE OF PERSON ACCEPTING PROCESS:                         Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return That [ ] [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served if not shown above:   [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service     Time of Service     [ ] AM  [ ] PM
PLEASE SEE REMARKS SECTION BELOW

Signature, Title and Treasury Agency
Mary Lou Gilman, Forfeitures Specialist   01-17-07

**REMARKS:**
The above described Order was served by certified mail. A copy of certified mail form 7001 2510 0003 4299 5181 is attached. Mailed on October 27, 2006. Postal records indicate delivery/receipt on October 31, 2006.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7001 2510 0003 4299 5181**
Status: **Delivered**

Your item was delivered at 5:54 am on October 31, 2006 in CHATSWORTH, CA 91313.

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >


POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                                                                                    Terms of Use    Privacy Policy

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Washington Mutual Bank
Street, Apt. No.; or PO Box No. 9200 Oakdale Ave. mail N1
City, State, ZIP+4 Chatsworth, CA 91311

PS Form 3800, January 2001    See Reverse

7001 2510 0003 4299 5181

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CR-05-10085-RCL
Washington Mutual Bank
9200 Oakdale Ave.
Mail N1-10701
Chatsworth, CA    91311

2. Article Number (Transfer from service label)    7001 2510 0003 4299 5181

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M

2005040190000201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

OCT 31

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    11/1/2006