

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10085-RCL |
|---|---|
| DEFENDANT<br>Hana Al jader (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish a copy of the attached Notice of Forfeiture at least once per week for three successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District, in accordance with the attached Preliminary Order of Forfeiture and applicable law

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff<br><br>Kristina E. Barclay, Assistant U.S. Attorney          [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 23, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman, Forefeitures Specialist | | |

**REMARKS:**

The above described Order was published in the BOSTON HERALD newspaper as instructed above. Publication dates were October 31, November 7 and November 14, 2006. A copy of the Publisher's Certificate is attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts  } ss.
County of Suffolk

On this _____5th_____ day of __December__ A.D. 20 _06_
personally appeared before the undersigned, a Notary Public, within and for
the said county, _Madeleine M. Sheehan_
of the _Boston Herald_ a newspaper published by
Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of
Massachusetts, and who being duly sworn, states on oath that the

_Case No. 05-10085 RCL_ advertisement
was published in said newspaper in its issues of

_Oct 31, Nov 7, 14_ A.D. 20 _06_

_[signature]_

Subscribed and sworn to before me this _5th_
day of _December_ A.D. 20 _06_

_[signature] Barbara Lundloh_
Notary Public

My Commission Expires
November 1, 2013

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NOTICE OF ORDER OF FORFEITURE

Criminal Case No. 05-10085-RCL

United States of America, District of Massachusetts, at Boston, Massachusetts.

Notice is hereby given that; on October 18, 2006, a Preliminary Order of Forfeiture was entered, pursuant to 21 U.S.C. s853, incorporated by reference in 18 U.S.C. s982 (a) (2) (b), in the United States District Court against Defendant, Hana Al Jader's interest in the real property located at 339 Mystic Street, Arlington, Massachusetts;

Pursuant to the provisions, set forth in 21 U.S.C. s853 (n) (2) and (3), any person, other than the Defendant, asserting a legal interest in any of the assets set forth above within thirty (30) days of the final publication of this notice or of that person's receipt of direct written notice, whichever is earlier, must file a petition with the United States District Court in the District of Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the assets, and the petition shall be signed by the petitioner under the penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the assets, the time and circumstances of the petitioner's acquisition of the right, title or interest in the assets, any additional facts supporting the petitioner's claim and the relief sought. The petition must also be served upon the United States Attorney's Office, Courthouse Way, Suite 9200, Boston, Massachusetts 02210, Attention Asset Forfeiture Unit within the thirty (30) day period provided under 21 U.S.C. § 853 (n).

Upon adjudication of all third party interests, the Court will enter a final order of forfeiture in which all such interests will be addressed. At that time, the United States of America intends to dispose of the above-described assets in accordance with law.

DEPARTMENT OF HOMELAND SECRUITY
ICE/CBP Ref: 2005040190000201

Oct 31, Nov 7, 14