# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10085-RCL |
|---|---|
| DEFENDANT<br>Hana Al Jader (Defendant) | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Washington Mutual Bank |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>9200 Oakdale Avenue, Mail N1 10701, Chatsworth, CA 91311 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve a copy of the attached Preliminary Order of Forfeiture upon the above-referenced entity via certified mail, return receipt requested.

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant<br><br>Kristina E. Barclay, Assistant U.S. Attorney | Telephone No.<br>(617) 748-3100 | Date<br>Oct 23, 2006 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>PLEASE SEE REMARKS SECTION BELOW | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman, Forfeitures Specialist | | |

**REMARKS:**

The above described Order was served by certified mail. A copy of certified mail form 7001 2510 0003 4299 5181 is attached. Mailed on October 27, 2006. Postal records indicate delivery/receipt on October 31, 2006.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 2510 0003 4299 5181**
Status: **Delivered**

Your item was delivered at 5:54 am on October 31, 2006 in CHATSWORTH, CA 91313.

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >



POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

11/1/2006