UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 05-10085-RCL |
| ) | |
| HANA AL JADER,          ) | |
|         Defendant        ) | |

**FINAL ORDER OF FORFEITURE**

**LINDSAY, D.J.**

WHEREAS, on March 29, 2005, a federal grand jury sitting in the District of Massachusetts returned a ten-count Indictment charging defendant Hana Al Jader (the "Defendant"), with Forced Labor and Attempted Forced Labor, in violation of 18 U.S.C. §§ 1589 and 1594 (Counts One and Two); Document Servitude, in violation of 18 U.S.C. § 1592(a) (Counts Three and Four); Falsification of Records, in violation of 18 U.S.C. §§ 1519 and 2 (Counts Five and Six); Visa Fraud, in violation of 18 U.S.C. §§ 1546(a) and 2 (Counts Seven and Eight); and Harboring an Alien in the United States, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(I) (Counts Nine and Ten);

WHEREAS, the Indictment sought the forfeiture, pursuant to 18 U.S.C. § 982(a)(6), of any conveyance, including any vessel, vehicle, or aircraft, used in the commission of one or more of the offenses alleged in Counts Nine and Ten of the Indictment; and any and all property, real or personal, that constitutes, or is derived from, or is traceable to the proceeds obtained directly or indirectly from the commission of such offense; or

that is used to facilitate, or is intended to be used to facilitate the commission of such offense, pursuant to 18 U.S.C. § 982, including without limitation the real property located at 339 Mystic Street, Arlington, Massachusetts, more specifically described in the deed recorded on September 26, 2003, in the South Middlesex County registry of deeds, book 41030, page 479 (the "Arlington Property");

WHEREAS, on September 5, 2006, the Defendant pled guilty to Counts Seven through Ten of the Indictment, pursuant to a written plea agreement, in which the Defendant admitted that the Arlington Property is subject to forfeiture, and consented to the forfeiture of any and all of her interest in the Arlington Property;

WHEREAS, on October 18, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Arlington Property;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the Boston Herald on October 31, 2006, November 7, 2006, and November 14, 2006; and

WHEREAS, no claims of interest in the Arlington Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on December 14, 2006.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title, or interest in the Arlington Property, and the Arlington Property is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 981.

3. Any parties having any right, title or interest in the Arlington Property are hereby held in default.

4. The United States is hereby authorized to dispose of the Arlington Property in accordance with applicable law.

5. This Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure.

DONE AND ORDERED in Boston, Massachusetts, this 22 day of March, 2007.

REGINALD C. LINDSAY
United States District Judge