## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Hanna F. Al Jader and Ammar Chamo to the Clerk of the United States District Court for the District of Massachusetts, for property located at 62 Cambridge Street, Winchester, MA. dated April 5, 2005 and recorded in the official records of the Middlesex South county Registry of Deeds at book 44947 and page 190 acknowledge satisfaction of the same.

Witness my hand and seal this 28 day of March, 2007

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: MARCH 28, 2007

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

Notary Public
My commission expires:

Judith A. Litwin
Notary Public
My Commission Expires
January 8, 2010