```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )
                               )     Criminal No. 05-10085-RCL
HANA AL JADER,                 )
          Defendant.           )
```

**UNITED STATES' MOTION FOR DISCHARGE OF MORTGAGE**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the Clerk of the United States District Court for the District of Massachusetts, holder of a Mortgage from the defendant Hana Al Jader ("Al Jader") for real property identified as 339 Mystic Street, Arlington, Massachusetts (the "Property"), to acknowledge satisfaction of the same and issue a Discharge of Mortgage. The Mortgage was granted to the Clerk of the United States District Court, District of Massachusetts, and recorded at Book 44947, Page 187 of the Middlesex South District Registry of Deeds on April 5, 2005.

As grounds for this motion, the government states that on September 5, 2006, Al Jader plead guilty, and on December 21, 2006, Al Jader was sentenced. The purpose of the Mortgage between Al Jader and the United States District Court was to secure a personal appearance bond for Al Jader in the amount of $1,000,000.

Based on terms of the Final Order of Forfeiture issued in

this case, the Property has been forfeited to the United States, and the United States Department of Homeland Security is authorized to dispose of the Property in accordance with applicable law.  However, the government is unable to dispose of the Property as long as the Mortgage remains in effect.  Therefore, the United States requests that the District Court issue a Discharge of Mortgage so that the disposal of the Property may proceed.

    WHEREFORE, the United States requests that the Court authorize a Discharge of Mortgage in the form submitted herewith.

                                           Respectfully submitted,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney


                                         By:/s/Kristina E. Barclay
                                             Kristina E. Barclay
                                             Assistant U.S. Attorney
                                             1 Courthouse Way
                                             Suite 9200
                                             Boston, MA 02210
                                             (617) 748-3304

Dated: July 27, 2007

CERTIFICATE OF SERVICE

    This is to certify that the foregoing United States' Motion for Discharge of Mortgage and the proposed Discharge of Mortgage, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/Kristina E. Barclay
                                        Kristina E. Barclay
                                        Assistant U.S. Attorney

Dated: July 27, 2007

## **DISCHARGE OF MORTGAGE**

I, SARAH A. THORNTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Hana Al Jader to the Clerk of the United States District Court for the District of Massachusetts, for property located at 339 Mystic Street, Arlington, Massachusetts, dated April 3, 2005, and recorded in the official records book of Middlesex South Registry of Deeds at Book44947, Page 187, acknowledge satisfaction of the same.

WITNESS my hand and seal this _____ day of _____, 2007.

                                                      SARAH A. THORNTON, Clerk
                                                     United States District Court
                                                     District of Massachusetts

## **COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, SS.

Then personally appeared SARAH A. THORNTON, Clerk, and acknowledged the foregoing to be her free act and deed before me.

Date:_____                         _____
                                               Notary Public
                                               My Commission Expires:_____