```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
            v.                 )   CRIMINAL NO. 05-10085-RCL
                               )
HANA AL JADER,                 )
            Defendant.         )
```

**MOTION FOR RELEASE OF *LIS PENDENS***

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release its <u>Lis</u> <u>Pendens</u> recorded at the Middlesex South Registry of Deeds against the real property located at 339 Mystic Street, Arlington, Massachusetts (the "Property"). For title to the Property, see the deed recorded at Book 41030, Page 479, of the Middlesex South District Registry of Deeds.

As grounds for this motion, the United States submits that the Court issued a Final Order of Forfeiture on March 23, 2007 forfeiting the Property to the United States and authorizing the United States Department of Homeland Security to dispose of the Property in accordance with applicable law.

WHEREFORE, the United States requests that the Court authorize the release of the Lis Pendens.  A proposed Release of Lis Pendens is submitted herewith for consideration by the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210

Dated: July 27, 2007                    (617) 748-3100


## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Motion for Release of Lis Pendens, and the proposed Release of Lis Pendens, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney

Dated: July 27, 2007

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10085-RCL |
| | ) | |
| v. | ) | Property: |
| | ) | |
| HANA AL JADER, | ) | 339 Mystic Street |
| Defendant. | ) | Arlington, Massachusetts |
| | ) | |
| | ) | Deed: |
| | ) | |
| | ) | Middlesex South District |
| | ) | Registry of Deeds |
| | ) | Book 41030, Page 479 |

**RELEASE OF *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the real property located at 339 Mystic Street, Arlington, Massachusetts (the "Property"). For title to the Property, see Deed recorded at Book 41030, Page 479 of the Middlesex South District Registry of Deeds, in the name of Hana Al Jader.

The Lis Pendens has been recorded at the Middlesex South District Registry of Deeds.

Signed under the pains and penalties of perjury this 27th day of July, 2007.

                                           Respectfully submitted,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

By:    _____
        Kristina E. Barclay
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3100

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                          Boston

    Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 27th day of July, 2007.

                                                          _____
                                                          Notary Public
                                                          My Commission expires: 3/14/2014

APPROVED AND SO ORDERED:

_____
REGINALD C. LINDSAY
United States District Judge
Dated:_____, 2007