### DISCHARGE OF MORTGAGE

I, SARAH A. THORNTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Hana Al Jader to the Clerk of the United States District Court for the District of Massachusetts, for property located at 339 Mystic Street, Arlington, Massachusetts, dated April 3, 2005, and recorded in the official records book of Middlesex South Registry of Deeds at Book 44947, Page 187, acknowledge satisfaction of the same.

WITNESS my hand and seal this 27 day of September, 2007.



SARAH A. THORNTON, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Then personally appeared SARAH A. THORNTON, Clerk, and acknowledged the foregoing to be her free act and deed before me.

Date: 9/27/07

Notary Public
My Commission Expires: 10/11/2013

NANCY M. CASHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 11, 2013