UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>HANA F. AL JADER,<br>            Defendant. | Criminal Case No. 05-10085<br><br>Record Owner(s):<br>Hana Al Jader and<br>Ammar Chamo<br><br>Property:<br>62 Cambridge Street<br>Winchester, Massachusetts<br><br>Deed:<br>South Middlesex County<br>Book 33250, Page 379 |

**RELEASE OF LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases its Lis Pendens against the real property located at 62 Cambridge Street, Winchester, Massachusetts (the "Property"). For title to the Property, see Deed recorded at Book 33520, Page 379 of the Essex South County Registry of Deeds, in the name of Hana F. Al Jader and Ammar Chamo.

The Lis Pendens has been recorded at the Essex South County Registry of Deeds at Book 45125, Page 280.

April 2, 2009

*William G. Young* (signature)

Signed under the pains and penalties of perjury this 17th day of March, 2009.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: _____
      Kristina E. Barclay
      Assistant U.S. Attorney
      1 Courthouse Way
      Suite 9200
      Boston, MA  02210
      (617) 748-3100

**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.                                                          Boston

    Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 17th day of March, 2009.

                                                 _____
                                               Notary Public
                                               My Commission expires: 3/14/2014

APPROVED AND SO ORDERED:



JEAN L. JAMIESON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 14, 2014

_____
United States District Judge

Dated: _____, 2009

2