# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-05-10085-RCL |
|---|---|
| DEFENDANT<br>Hana Al Jader (Defendant) | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>339 MYSTIC STREET, ARLINGTON, MASSACHUSETTS |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced property in accordance with the attached final Order of Forfeiture and applicable law.

JLJ xt 3297

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff<br>[ ] Defendant<br>Kristina E. Barclay, Assistant U.S. Attorney | Telephone No.<br>(617) 748-3100 | Date<br>Mar 26, 2007 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service | [ ] AM<br>[X] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | 11/17/2010 |

**REMARKS:**

The above referenced property was conveyed to JP Morgan Chase Bank, as successor to Washington Mutual Bank. This action was taken based on the bank's lien (mortgage) on the property. (Copy of Deed dated 9 December, 2008 attached)

TD F 90-22.48 (6/96)

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY

**After Recording Return To:**
SL#:_____
Loan #_____
Service Link
4000 Industrial Boulevard
Aliquippa, PA 15001

**Mail Tax Forms To:**
JP Morgan Chase Bank

_____
_____

**Tax Parcel ID #:** _____

# QUITCLAIM DEED
**This conveyance is for a nominal amount**

This QUITCLAIM DEED, executed this __7th__ day of __December__, 2008, by THE UNITED STATES OF AMERICA acting by and through the US CUSTOMS and BORDER PROTECTION, with a business address of __10 Causeway Street, Room 623, Boston Massachusetts___, hereinafter called GRANTOR, grants with quitclaim covenants to JP MORGAN CHASE BANK, as successor in interest to Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, with a business address of 9200 Oakdale Avenue, Chatsworth, CA 91311, hereinafter called GRANTEE:

for and in consideration of the sum of __ONE DOLLAR__ -----------------------------------
----------and 00/100 ($ 1.00 ----------------------) DOLLARS and other valuable considerations, receipt whereof is hereby acknowledged;

ALL THAT CERTAIN PARCEL OF LAND SITUATED IN ARLINGTON, MIDDLESEX COUNTY, COMMONWEALTH OF MASSACHUSETTS, BEING KNOWN AND DESIGNATED AS A CERTAIN PARCEL OF LAND WITH THE BUILDINGS THEREON SITUATED IN SAID ARLINGTON ON THE EASTERLY SIDE OF MYSTIC STREET, BEING SHOWN AS LOT D ON A PLAN RECORDED WITH MIDDLESEX (SO. DIST.) DEEDS AS PLAN NUMBER 52 IN 1939 AND BOUNDED:

WESTERLY ON MYSTIC STREET, 110 FEET;
NORTHERLY ON LAND NOW OR FORMERLY OF HERBERT STEVENS, ET AL., 379.57 FEET;
EASTERLY ON MYSTIC LAKE, 111 FEET; AND
SOUTHERLY ON LOT C ON SAID PLAN, 367 FEET.

CONTAINING 40,620 SQUARE FEET, OR HOWEVER OTHERWISE SAID PREMISES MAY BE BOUNDED OR DESCRIBED AND BE ALL OR ANY OF SAID MEASUREMENTS OR CONTENTS MORE OR LESS.

THIS CONVEYANCE IS MADE SUBJECT TO ALL RESTRICTIONS, EASEMENTS, RIGHTS OF WAY, COVENANTS AND CONDITIONS CONTAINED IN THE DEEDS FORMING THE CHAIN OF TITLE TO THIS PROPERTY.

**SOURCE OF TITLE OF FINAL ORDER OF FORFEITURE RECORDED IN DEEDS BOOK 49362 PAGE 347 ON** _____.

**CERTIFICATE OF TITLE #** _____

**PROPERTY ADDRESS** 339 Mystic Street, Arlington, MA 02474
*The legal description was obtained from a previously recorded instrument.*

   IN WITNESS WHEREOF, Grantor has executed this Deed on the date set forth above.

| Signed, sealed and delivered in our presence: | THE UNITED STATES OF AMERICA, acting through the US Customs and Border Protection |
|---|---|
| BRIAN Murphy / Printed Name | By: _____<br>Printed Name: Stephen P. Leonard |
| Mary Lou Gilman / Printed Name | Its: Fines, Penalties and Forfeitures Officer<br>     Boston, Massachusetts |

**STATE OF** MASSACHUSETTS   }   **COUNTY OF** SUFFOLK }

   I, Kevin Goyette, Notary Public, for the County of Suffolk, State of Massachusetts ∗ do hereby certify that Stephen P. Leonard SPL _____, the FP&F Officer ∗ being the authorized signatory pursuant to ~~18 U.S.C.~~ Section 19CFR 162.50 for the United State of America by and through the U.S. Customs and Border Protection Authority, under its authority pursuant to 19 C.F.R. 162.50 either being personally known to me or proven by satisfactory evidence, personally came before me this day, and acknowledged that he/she is the FP&F Officer ∗ SPL of acting on behalf of the United State of America by and through the U.S. Customs and Border Protection Agency and that (s)he, as the FP&F Officer∗ being authorized to do so, voluntarily executed the foregoing on behalf of the government entity, for the purposes stated therein.

Witness my hand and seal, this the 9TH day of DECEMBER, 2008.

_____   11-10-11
NOTARY PUBLIC   My Commission Expires

∗Note: "FP&F Officer" is Fines, Penalties and Forfeitures Officer

The preparer has not had any contact with the Grantor(s) nor Grantee(s) herein. Information contained in this instrument was provided to preparer by an agent for said Grantor and/or Grantee. No title search was performed on the subject property by this preparer. The preparer of this deed makes no representation as to: the status of the title; property use; any zoning regulations concerning described property herein conveyed; or any matter except the validity of the form of this instrument. No boundary survey was made at the time of this conveyance. **PREPARER IS NOT RESPONSIBLE FOR CLOSING nor the recording of this instrument.**
**Prepared under the supervision of:** P. Desantis, Esq.
By: Law's Specialty Group, Inc. 235 West Brandon Blvd., #191 Brandon, Florida 33511          866-755-6300